UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TESTING TECHNOLOGIES, INC.,

                      Plaintiff,

-against-

MO MEDIAL LLC.

                      Defendants.
-------------------------------------------------------X

**07 CIV. 7360**

Rule 7.1 Statement

___CIV_____

**BRIEANT**

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for Plaintiff (a non-governmental corporate party) certifies that the following are parent corporations and publicly held corporations that own 10 percent of more of its stock:

        None

Dated: August 14th, 2007
       Goshen, New York

_____
John S. Selinger, Esq. (JS9509)
Zeccola & Selinger, LLC
Attorney for Plaintiff
45 Webster Avenue
Goshen, New York 10924
845/294-2544