IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TESTING TECHONOLOGIES, INC., : | |
| Plaintiff, : | |
| v. : | Civil Action No. 07 CIV. 7360 |
| MO MEDIA LLC., : | |
| Defendant. : | |

## NOTICE OF ENTRY OF APPEARANCE

Kenneth G. Walsh and the law firm of Straus and Boies, LLP hereby enter their appearance on behalf of Defendant in the above-referenced matter.

           STRAUS & BOIES, LLP

           By: ___/s/ Kenneth G. Walsh___
               Kenneth G. Walsh (KW 1654)
               Straus & Boies, LLP
               2 Depot Plaza
               Bedford Hills, NY 10507
               (914) 244-3200 (telephone)
               (914) 244 3260 (facsimile)
               kwalsh@straus-boies.com

## **CERTIFICATE OF SERVICE**

I, Steven Mundy, hereby affirm and declare that on September 11, 2007, a true and correct copy of the foregoing instrument, Defendant's Notice of Entry of Appearance, was served on the following counsel of record via U.S. First Class Mail:

John Scott Selinger
Zeccola & Selinger, LLC
45 Webster Ave
Goshen, NY 10924
(845)-294-2544 (telephone)
(845)-294-3507 (facsimile)
newyorklegalteam@yahoo.com
**Attorneys for Plaintiff**

By: _____
Steven M. Mundy
**STRAUS & BOIES, LLP**
2 Depot Plaza, 2nd Floor
Bedford Hills, New York 10507
(914) 244-3200 (telephone)
(914) 222-3260 (facsimile)