UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TESTING TECHNOLOGIES, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 07 Civ 7360 |
| VS. | § § | **Rule 7.1 Statement** |
| MO MEDIA, LLC, | § § § | |
| Defendant. | § | |

    Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for Defendant (a non-government corporate party) certifies that the following are parent corporations and publicly held corporations that own 10 percent or more of its stock:

    None

Dated: September 11, 2007
       Bedford Hills, New York

                             Respectfully submitted,

                             ROEBUCK & THOMAS, PLLC

                             By:  /s/ Jeffrey T. Roebuck
                                  Jeffrey T. Roebuck
                                  TBA # 24027812
                                  2470 N. 11th Street
                                  Beaumont, Texas 77703
                                  409/892-8227
                                  409/892-8318 (Fax)


                             By:  /s/ Kenneth G. Walsh
                                  Kenneth G. Walsh
                                  Straus & Boies, LLP
                                  2 Depot Plaza, 2nd Floor
                                  Bedford Hills, New York 10507
                                  Office: (914) 244-3200
                                  Fax:   (914) 244-3260
                                  SDNY Bar No.: KW 1654

                             ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Defendant's Rule 7.1 Statement was served by facsimile and certified mail/return receipt requested to Mr. John S. Selinger, Zeccola & Selinger, LLC, 45 Webster Avenue, Goshen, New York 10924 on this the 11th day of September, 2007.

                                              /s/ Kenneth G. Walsh
                                              KENNETH G. WALSH