| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| TESTING TECHNOLOGIES, INC., §<br>§<br>Plaintiff, §<br>§<br>VS. §<br>§<br>MO MEDIA, LLC, §<br>§<br>Defendant. § | Civil Action No. 07 Civ 7360<br><br>**MOTION TO ADMIT COUNSEL**<br><br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth G. Walsh, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Jeffrey T. Roebuck
Firm Name: Roebuck & Thomas, P.L.L.C.
Address: 2470 N. 11th Street
City/State/Zip: Beaumont, Texas 77703
Phone Number: (409) 892-8227
Fax Number: (409) 892-8318

Jeffrey T. Roebuck is a member in good standing of the Bar of the States of Texas. There are no pending disciplinary proceedings against Jeffrey T. Roebuck in any State or Federal court.

Done this 11th day of September, 2007.
City, State:   Bedford Hills, New York

Respectfully submitted,

By: _____
Kenneth G. Walsh
Straus & Boies, LLP
2 Depot Plaza, 2nd Floor
Bedford Hills, New York 10507
Office: (914) 244-3200
Fax:    (914) 244-3260
SDNY Bar No.: KW 1654

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Defendant's Motion to Admit Counsel Pro Hac Vice was served by facsimile and certified mail/return receipt requested to Mr. John S. Selinger, Zeccola & Selinger, LLC, 45 Webster Avenue, Goshen, New York 10924 on this the 11th day of September, 2007.

                                                      Kenneth G. Walsh
                                                      Straus & Boies, LLP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TESTING TECHNOLOGIES, INC., § § § Plaintiff, § § VS. § § MO MEDIA, LLC, § § § Defendant. § | Civil Action No. 07 Civ 7360 **AFFIDAVIT OF KENNETH G. WALSH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York §
§   ss:
County of New York §

Kenneth G. Walsh, being duly sworn, hereby deposes and says as follows:

1. I am partner at Straus & Boies, L.L.P., counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Jeffrey T. Roebuck as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in a good standing of the bar of the State of New York, and was admitted to practice law in July 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jeffrey T. Roebuck since August 1, 2007.

4. Mr. Roebuck is partner at Roebuck & Thomas, P.L.L.C., in Beaumont, Texas.

5. I have found Mr. Roebuck to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jeffrey T. Roebuck, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jeffrey T. Roebuck, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey T. Roebuck, pro

hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: September 10, 2007

Respectfully submitted,

By: _____
Kenneth G. Walsh
Straus & Boies, LLP
2 Depot Plaza, 2nd Floor
Bedford Hills, New York 10507
Office: (914) 244-3200
Fax:   (914) 244-3260
SDNY Bar No.: KW 1654

SUBSCRIBED AND SWORN TO BEFORE me, Kenneth G. Walsh, on this 11th day of September, 2007.

_____
Notary Public in and for WESTCHESTER Co
The State of New York
My commission expires: 12/31/09

NANCY J. REHM
Notary Public State of New York
No. 01RE3234023
Qualified in Westchester County
Commission Expires 12/31/09

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

September 7, 2007

Re:   Jeffrey Thomas Roebuck, State Bar Number 24027812

To Whom It May Concern:

This is to certify that Mr. Jeffrey Thomas Roebuck was licensed to practice law in Texas on November 1, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Roebuck's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/lg



P.O. BOX 12487, AUSTIN, TEXAS 78711-2487, 512-453-5535 or 1-877-953-5535