*Brieant, J*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

TESTING TECHNOLOGIES, INC.,          §
                                     §
                    Plaintiff,       §
                                     §
VS.                                  §
                                     §
MO MEDIA, LLC,                       §
                                     §
                    Defendant.       §



Civil Action No. 07 Civ 7360 ( CLB)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kenneth G. Walsh, attorney for Mo Media, LLC. and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:    Jeffrey T. Roebuck
Firm Name:           Roebuck & Thomas, P.L.L.C.
Address:             2470 N. 11th Street
City/State/Zip:      Beaumont, Texas 77703
Phone Number:        (409) 892-8227
Fax Number:          (409) 892-8318
Email Address:       jeff@roebuckthomas.com

is admitted to practice pro hac vice as counsel for Mo Media, LLC. in the above captioned

case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys.  If this action is assigned to the Electronic Case Filings

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _September 13_, 2007.
       _White Plains, NY._

**MICROFILM**

_____
United States District~~/Magistrate~~ Judge

USDC SDNY WP