

**Frank J. Zeccola***
**John S. Selinger**
*also admitted in N.C.*

(845) 294-2544
(800) 928-9445
(845) 294-3507 Fax

45 WEBSTER AVE. • GOSHEN, NY 10924

October 1, 2007

NEXT DAY MAIL

Judge William H. Pauley, III
US District Court for the Southern District
500 Pearl Street
New York, New York  10007

Application granted. A conference will be held on 12/7/07, at 10:45 am, at which time the Court will set a briefing schedule.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/4/07

Re: Testing Technologies Inc. v. Mo Media LLC
    Civil Action No. 07 Civ 7360
    Request of Adjournment of Motion to Change Venue
    Original return dated: October 11, 2007

Dear Mr. Justice Pauley:

Please let this correspondence serve as a request for an adjournment of a Motion to Change Venue which is currently returnable on October 11, 2007. Although the Motion was filed on September 11, 2007, I did not receive any hard copies of the Motion. Counsel was kind enough upon my request to immediately email me a copy on September 18, 2007.

My opposition papers are due on October 4, 2007. Plaintiff has had inadequate time to prepare a response to the Motion based upon the fact that since discovery has not been conducted we are required to locate information concerning defendants contacts to this forum by virtue of our own investigation. Although I initially believed I would have been able to get all of the materials together by the 4th, I was recently hospitalized last week and because of a medical condition, the production of papers and research has come to a halt for my two attorney law firm.

There has not been any previous request for an adjournment. I have requested consent from my adversary and they have not responded at this time. Annexed hereto is a true correspondence that was faxed to my adversaries. This request for an adjournment does not affect any other scheduled dates. There has not been a scheduling Order completed. There has never been a conference in this matter. The Motion was filed at the same time as the answer. Your Honor was recently assigned to this case on September 18, 2007.

I will also use the adjournment time to inquire as to whether counsel is interested in having this Motion heard by Magistrate Michael H. Dolinger. I will forward the appropriate executed stipulation for them to review.

VISIT OUR NEW WEBSITE:
ZSATTORNEY.COM

October 1, 2007
To: Hon. William H. Pauley, III
Re: 07 Civ 7360
Page 2

I thank the court for its kind courtesy in this matter and if the court deems it appropriate execute the correspondence below acknowledging the adjournment is granted.

Very truly yours,

ZECCOLA AND SELINGER, LLC

JSS:sc                                  JOHN S. SELINGER

Cc: Jeffrey T. Roebuck, Esq., Next Day Mail
    Kenneth G. Walsh, Esq., Next Day Mail

The Motion to Change Venue originally returnable on October 11, 2007 is now returnable on November 1, 2007

SO ORDERED:

_____
Hon. William H. Pauley, III