UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TESTING TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MO MEDIA LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:07-cv-7360 (WHP) <br> ) <br> ) <br> ) |

### NOTICE OF CHANGE OF FIRM AFFILIATION

COMES NOW, Kenneth G. Walsh, attorney for Defendant, and provides this Notice of Change of Firm Affiliation. The undersigned counsel's new contact information is as follows:

>Kenneth G. Walsh
>KIRBY McINERNEY LLP
>830 Third Avenue, 10th Floor
>New York, NY 10022
>Telephone: (212) 371-6600
>Facsimile: (212) 751-2540
>Email: kwalsh@kmllp.com

WHEREFORE, undersigned counsel respectfully requests that the Court and all counsel of record be advised of undersigned counsel's new contact information.

>Respectfully submitted,
>
>/s/ Kenneth G. Walsh
>Kenneth G. Walsh (KW 1654)
>KIRBY McINERNEY LLP
>830 Third Avenue, 10th Floor
>New York, NY 10022
>Telephone: (212) 371-6600
>Facsimile: (212) 751-2540
>ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Notice of Change of Firm Affiliation was served by facsimile and U.S. First Class Mail to Mr. John S. Selinger, Zeccola & Selinger, LLC, 45 Webster Avenue, Goshen, New York 10924 on this the 31st day of October 2007.

By: _____

Kenneth G. Walsh