

**Frank J. Zeccola***
**John S. Selinger**
*also admitted in N.C.*

(845) 294-2544
(800) 928-9445
(845) 294-3507 Fax

45 WEBSTER AVE. • GOSHEN, NY 10924

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-07

November 29, 2007

NEXT DAY MAIL

Judge William H. Pauley, III
US District Court for the Southern District
500 Pearl Street
New York, New York 10007

NOV 30 2007

Re:   Testing Technologies Inc. v. Mo Media LLC
      Civil Action No. 07 Civ 7360 (WHP)

Dear Mr. Justice Pauley:

This firm represents the plaintiff. We presented a proposed First Amended Complaint to Defendant counsel and sought consent for its filing. Defendant has declined our request. Plaintiff therefore intends to file a motion for leave to file the amended complaint. The moving papers are ready to be filed but in compliance with Your Honors Rules of Practice, we write to request a pre-motion conference.

Inasmuch as the Court has already scheduled a conference for December 7, 2007 at 1045 a.m. Plaintiff requests that the conference also be treated as a pre-motion conference.

Respectfully yours,

ZECCOLA AND SELINGER, LLC

JOHN S. SELINGER /sc

JSS:sc
Cc: (via fax)
    Jeffrey T. Roebuck, Esq.
    Kenneth G. Walsh, Esq.
    Thomas M. Furth, Esq.

Signed in writer's absence
To avoid delay

*The Request for a Pre-Motion Conference will be addressed at the Status Conference on*
**SO ORDERED:** December 7, 2007.

WILLIAM H. PAULEY III U.S.D.J.

12-3-07

VISIT OUR NEW WEBSITE:
ZSATTORNEY.COM