**THOMAS P. ROEBUCK, JR.**
Partner
Board Certified
*Personal Injury Trial Law*
*Criminal Law*
*Residential Real Estate Law*
Texas Board of Legal Specialization

*Criminal & Civil Trial Advocate*
National Board of Trial Advocacy

**CHARLES D. ADAMS, IV**
Of Counsel

# ROEBUCK & THOMAS P.L.L.C.

**BRETT S. THOMAS**
Partner
Board Certified
*Personal Injury Trial Law*
Texas Board of Legal Specialization
*Civil Trial Advocate*
National Board of Trial Advocacy

**JEFFREY T. ROEBUCK**
Partner


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-07

November 16, 2007

Honorable William H. Pauley, III
US District Court for the Southern District
500 Pearl Street, Courtroom 11D
New York, NY 10007

NOV 2 3 2007
CHAMBERS OF
WILLIAM H. PAULEY

Re:   Testing Technologies Inc. vs. Mo Media LLC
      Civil Action No. 07 Civ 7360

Dear Mr. Justice Pauley:

The above reference matter is set for an initial pretrial conference on December 7, 2007. I am in Beaumont, Texas and I am writing you to request that I be allowed to attend the hearing by telephone. If possible, I would like to attend the hearing by phone to save the costs of traveling to New York. Please let me know if I will be able to attend the hearing by telephone.

Thank you for your attention to this matter.

Application Granted. Counsel is
SO ORDERED: directed to call Chambers
at the scheduled time for
the conference.
_____
WILLIAM H. PAULEY III U.S.D.J.
12-3-07

Very truly yours,

ROEBUCK & THOMAS, PLLC

*[signature]*

JEFFREY T. ROEBUCK

JTR/cr

cc:   John Selinger, Esq., Regular Mail
      Kenneth G. Walsh, Esq., Regular Mail

2470 NORTH 11TH STREET    BEAUMONT, TEXAS 77703    409.892.8227    FAX 409.892.8318    www.roebuckthomaslaw.com