USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TESTING TECHNOLOGIES, INC.,                         :

                     Plaintiff,                :    07 Civ. 7360 (WHP)

     -against-                                       :    SCHEDULING ORDER No. 1

MO MEDIAL LLC,                                      :

                     Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a December 7, 2007 conference, the following schedule is established on consent:

(1) Defendant's motion to dismiss, or, in the alternative, to transfer venue (Docket No. 6) is denied as moot;

(2) Plaintiffs shall serve and file an amended complaint by December 14, 2007;

(3) Defendant shall serve and file its motion to dismiss the amended complaint, or, in the alternative, to transfer venue by January 11, 2008;

(4) Plaintiffs shall serve and file any opposition by February 1, 2008;

(5) Defendant shall serve and file any reply by February 11, 2008;

(6) This Court will hear oral argument on March 7, 2008 at 10:30 a.m.;

(7) Fact discovery shall be completed by May 30, 2008;

(8) The parties shall identify any experts by May 30, 2008;

(9) Plaintiff shall serve any expert reports by June 30, 2008;

(10) Defendant shall serve any expert reports by July 25, 2008;

(11) Expert discovery shall be completed by September 12, 2008;

(12) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by October 17, 2008; and

(13) This Court will hold a final pre-trial conference on October 31, 2008 at 10:00 a.m.

Dated: December 7, 2007
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

John Scott Selinger, Esq.
Zeccola & Selinger, LLC
45 Webster Avenue
Goshen, NY 10924
*Counsel for Plaintiff*

Jeffrey T. Roebuck, Esq.
Roebuck & Thomas, P.L.L.C.
2470 N. 11th Street
Beaumont, TX 77703
*-and-*
Kenneth G. Walsh, Esq.
Kirby McInerney LLP
830 Third Avenue
10th Floor
New York, NY 10022
*Counsel for Defendants*

*Copy mailed to:*

Thomas M. Furth, Esq.
Kudman Trachten Aloe LLP
350 Fifth Avenue
Suite 4400
New York, NY 10118
*Counsel for non-party MG Prep, Inc.*

2