

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TESTING TECHNOLOGIES, INC. and MG PREP, INC.<br><br>Plaintiff,<br><br>-v-<br><br>MO MEDIA LLC, PAUL OWENS and JOHN DOES 1-10<br><br>Defendant. | Case No. 07 Civ. 7360 (WHP)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

MG PREP, INC. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

THERE ARE NONE.

**Date:** December 12, 2007

**Signature of Attorney**

**Attorney Bar Code:** TF0785

Form Rule7_1.pdf  SDNY Web 10/2007