AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

TESTING TECHNOLOGIES, INC. and
MG PREP, INC.

Plaintiff,

**APPEARANCE**

-v-

MO MEDIA LLC, PAUL OWENS and
JOHN DOES 1-10

Case Number: 07 Civ. 7360 (WHP)

Defendant,

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MG Prep, Inc.

I certify that I am admitted to practice in this court.

| 12/17/2007 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Thomas M. Furth | TF0785 |
| | Print Name | Bar Number |
| | Kudman Trachten Aloe LLP, 350 Fifth Avenue, Suite 4400 | |
| | Address | |
| | New York    NY | 10118 |
| | City         State | Zip Code |
| | (212) 868-1010 | (212) 868-0013 |
| | Phone Number | Fax Number |