UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TESTING TECHNOLOGIES, INC., <br><br> and <br><br> MG PREP, INC. <br>              Plaintiffs, <br><br> v. <br><br> MO MEDIA, LLC, PAUL OWENS, and JOHN DOES 1-10, <br>              Defendants. | Case No. 07 Civ.7360 <br><br> **NOTICE OF APPEARANCE** |

       **PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendants Mo Media, LLC and demands that copies of all papers in this action be served upon the undersigned, to the attention of Toby Butterfield, Esq., at the office and address stated below.

Dated: New York, New York
       January 11, 2008

                                                   COWAN, DEBAETS, ABRAHAMS &
                                                   SHEPPARD LLP

                                                 By: _____
                                                   Toby M. J. Butterfield
                                                   Mason A. Weiss
                                                 41 Madison Avenue, 34th Floor
                                               New York, New York 10010
                                               Telephone:  (212) 974-7474

                                               *Attorneys for Defendant Mo Media LLC*

{A061168.DOC\1}