UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TESTING TECHNOLOGIES, INC., <br><br> and <br><br> MG PREP, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MO MEDIA, LLC, PAUL OWENS, and JOHN DOES 1-10, <br><br> Defendants. | 07 CV 7360 (WHP) |

### DEFENDANT'S NOTICE OF MOTION TO DISMISS FOR IMPROPER VENUE, OR ALTERNATIVELY TO TRANSFER VENUE

**PLEASE TAKE NOTICE THAT** Defendant Mo Media, Inc., by its undersigned attorneys Cowan, DeBaets, Abrahams & Sheppard LLP, hereby move before the Honorable William H. Pauly, III, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, to dismiss this action for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3) or alternatively, for an Order transferring this action to the United States District Court for the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a).

In support of these motions, Plaintiffs will rely upon Memorandum of Law and the accompanying Declaration of Paul Owens and the exhibits attached thereto.

{A061185.DOC/1}

Dated: New York, New York
       January 11, 2008

                                        Respectfully submitted,

                                        COWAN, DeBAETS, ABRAHAMS &
                                        SHEPPARD, LLP

                                        By: _____
                                            Toby M.J. Butterfield
                                            Mason A. Weisz, Esq.
                                        41 Madison Avenue- 34th Floor
                                        New York, New York 10010
                                        Tel: (212) 974-7474
                                        *Attorneys for Defendant*
                                        *Mo Media, Inc.*

TO:    John Selinger, Esq.
        Zeccola & Selinger, LLC
        45 Webster Avenue
        Goshen, New York 10924
        *Attorneys for Plaintiff Testing Technologies, Inc.*

        Thomas M. Furth, Esq.
        Kudman Trachten Aloe LLP
        350 Fifth Avenue, Suite 4400
        New York, New York 10118
        *Attorneys for Plaintiff MG Prep, Inc.*

## Certificate of Service

I hereby certify that on this 11th day of January 2008 a copy of the foregoing Plaintiffs' Notice of Motion to dismiss for improper venue, or alternatively to transfer venue, Plaintiffs' Memorandum of Law in Support of Motion to Dismiss For Improper Venue, Or Alternatively To Transfer Venue and the Declaration of Paul Owens, were caused to be served via ECF on the following:

John Selinger, Esq.
Zeccola & Selinger, LLC
45 Webster Avenue
Goshen, New York 10924
*Attorneys for Plaintiff Testing Technologies, Inc.*

Thomas M. Furth, Esq.
Kudman Trachten Aloe LLP
350 Fifth Avenue, Suite 4400
New York, New York 10118
*Attorneys for Plaintiff MG Prep, Inc.*

_____
John Bockwoldt