# EXHIBIT B

# THE WALZEL LAW FIRM
## A PROFESSIONAL LIMITED LIABILITY COMPANY

October 17, 2007

Ms. Vicki Johnson
Hardin County District Clerk
P.O. Box 2997
Kountze, Texas 77625

Re: Cause No. 48147; *Paul Owens vs. Sean Silinger and Testing Technologies, Inc.*; In the 88th Judicial District Court of Hardin County, Texas

Dear Ms. Johnson:

Enclosed for filing in the above captioned cause of action, please find Defendants, Sean Selinger and Testing Technologies, Inc.'s, Original Answer in the above referenced case.

Please acknowledge receipt and filing of same by stamping the file date on the enclosed copy of this document and return to the undersigned in the self-addressed, stamped envelope provided for your convenience. Thank you for your assistance in this matter.

Respectfully,

Michael R. Walzel

MRW/mlw
(Enclosures)

cc:   Jeffrey T. Roebuck                **VIA CERTIFIED MAIL**
      2470 N. 11th Street
      Beaumont, Texas 77703
      Counsel for Plaintiff

RECEIVED OCT 18 2007

---

5825 PHELAN BLVD., SUITE 105
BEAUMONT, TEXAS 77706
PH. 409-866-5555  FAX 409-866-2222
mwalzel@walzel-law.com  www.walzel-law.com



NO. 48147

| | | |
|---|---|---|
| PAUL OWENS<br>Plaintiff, | § § § | IN THE 88TH JUDICIAL |
| V. | § § § | DISTRICT COURT OF |
| SEAN SELINGER AND TESTING TECHNOLOGIES, INC<br>Defendants. | § § | HARDIN COUNTY, TEXAS |

### DEFENDANTS' ORIGINAL ANSWER

NOW COME Defendants, Sean Selinger and Testing Technologies, Inc., named Defendants in the above-entitled and numbered cause, and file this Original Answer, and show the Court:

### GENERAL DENIAL

Defendants deny each and every allegation of Plaintiff's Original Petition, and demand strict proof thereof as required by the Texas Rules of Civil Procedure.

### PRAYER

Defendants pray the Court, after notice and hearing or trial, enters judgment in favor of Defendants, awards Defendants the costs of court, attorney's fees, and such other and further relief as Defendants may be entitled to in law or in equity.

Respectfully submitted,

By: _____
Michael R. Walzel
Texas Bar No. 20831100
Walzel Law Firm PLLC
5825 Phelan Blvd. Suite 105
Beaumont, Texas 77706
Tel. (409)866-5555
Fax. (409)866-2222
Attorney for Defendants
Sean Selinger and Testing Technologies

## CERTIFICATE OF SERVICE

    I certify that on October 17, 2007, a true and correct copy of Defendants' Original Answer was served by certified mail, return receipt requested on Jeffrey T. Roebuck at 2470 N. 11th Street Beaumont, Texas 77703.

                                                      Michael R. Walzel

CAUSE NO. 48147

| | | |
|---|---|---|
| PAUL OWENS<br>Plaintiff, | § § § | IN THE 88TH JUDICIAL |
| VS. | § § | DISTRICT COURT OF |
| SEAN SELINGER AND TESTING<br>TECHNOLOGIES, INC.<br>Defendants, | § § | HARDIN COUNTY, TEXAS |

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that the Defendants in this action have, pursuant to federal law, filed with the clerk of the United States Court for the Eastern District of Texas, Beaumont Division, a Notice of Removal, a copy of which is attached and filed with this document, and that this action is removed to United States District Court for trial as of today, October 29, 2007. This court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted,

By: _____
Michael R. Walzel
Attorney-in-Charge
Texas Bar No. 20831100
5825 Phelan Blvd. Suite 105
Beaumont, Texas 77706
Tel. (409)866-5555
Fax. (409)866-2222
Attorney for Defendants
Sean Selinger and Testing Technologies Inc.

## CERTIFICATE OF SERVICE

I certify that on October 29, 2007, a true and correct copy of Defendants' Notice of Removal was served by certified mail, return receipt requested on Jeffrey T. Roebuck at 2470 N. 11th Street Beaumont, Texas 77703.

_____
Michael R. Walzel



NO. 48147

| | | |
|---|---|---|
| PAUL OWENS<br>Plaintiff, | § § § | IN THE 88TH JUDICIAL |
| V. | § § | DISTRICT COURT OF |
| SEAN SELINGER AND TESTING TECHNOLOGIES INC.<br>Defendants. | § § § | HARDIN COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL

TO:  Jeffrey T. Roebuck
Roebuck & Thomas, PLLC
2470 N. 11th Street Beaumont, Texas 77703

Please take notice that on October 29, 2007, **Sean Selinger and Testing Technologies Inc.**, Defendants in the above-entitled action, filed Notice of Removal, copies of which are attached hereto, of the above-entitled action to the United States District Court for the Eastern District of Texas, Beaumont Division.

You are also advised that Defendants, on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Eastern District of Texas, Beaumont Division, also filed copies thereof with the Clerk of the 88th District Court of Hardin County, Texas to effect removal pursuant to 28 U.S.C. §1446(d).

Dated: October 29, 2007.

Respectfully submitted,

By:____________________________
Michael R. Walzel
Attorney-in-Charge
Texas Bar No. 20831100
5825 Phelan Blvd.
Suite 105
Beaumont, Texas 77706
Tel. (409)866-5555
Fax. (409)866-2222
Attorney for Defendants
Sean Selinger and Testing Technologies Inc.

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2007, a true and correct copy of Defendants' Notice of Removal was served by certified mail, return receipt requested on Jeffrey T. Roebuck at 2470 N. 11th Street Beaumont, Texas 77703.

____________________________
Michael R. Walzel

## AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF JEFFERSON | § |

    I, Michael R. Walzel, being first duly sworn, depose and say that I served the foregoing Notice and a copy of the Notice of Removal therein mentioned on Jeffrey T. Roebuck, attorney of record for Plaintiff, Paul Owens, in Cause No. 48147, filed in the 88th District Court of Hardin County, Texas by certified mail, return receipt requested on October 29, 2007.

Michael R. Walzel
Attorney for Defendants

SUBSCRIBED AND SWORN TO BEFORE ME on 10/29/07, by Megan L. Walzel

Notary Public, State of Texas



MEGAN L. WALZEL
Notary Public, State of Texas
My Commission Expires
June 19, 2011