UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TESTING TECHNOLOGIES, INC., and
MG PREP, INC.,

                                          Plaintiffs,                              **APPEARANCE**

      -against-

MO MEDIA, LLC., PAUL OWENS and                        07 CIV 7360
JOHN DOES, 1-10,

                                    Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter our appearance as counsel in this case for the plaintiff, Testing Technologies, Inc.

      I certify that we are admitted to practice in this Court.

Dated: Middletown, New York
       January 31, 2008

                                                  s/*Robert N. Isseks*
                                                  _____
                                                  Robert N. Isseks, Esq. (RI 0241)
                                                  Alex Smith, Esq. (AS 5052)
                                                  Of Counsel to Zeccola & Selinger, LLC
                                                  6 North Street
                                                  Middletown, New York
                                                  (845) 344-4322

TO:    Cowan, DeBaets, Abrahams & Sheppard, LLP
         Attorneys for Defendant Mo Media, Inc.
         41 Madison Avenue, 34th Floor
         New York, New York 10010

         Kudman Trachten Aloe LLP
         Attorneys for Plaintiff MG Prep, Inc.
         350 Fifth Avenue, Suite 4400
         New York, New York 10118