Thomas M. Furth (TF 0785)
Kudman Trachten Aloe LLP
350 Fifth Avenue, Suite 4400
New York, NY 10118
(212) 868-1010

Attorneys for Plaintiff MG Prep, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TESTING TECHNOLOGIES, INC. ) <br> ) <br> and ) <br> ) <br> MG PREP, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MO MEDIA LLC, PAUL OWENS and ) <br> JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | Case Number 07 CIV 7360 (WHP) |

### DECLARATION OF ANDREW YANG

I, Andrew Yang, declare as follows,

1. I am the Chief Executive Officer of plaintiff MG Prep, Inc. I make this declaration in opposition to the defendants' motion to dismiss or to transfer venue.

All statements made herein are of my own knowledge.

2. MG Prep has been in business for over seven years, and does business as Manhattan

GMAT. It is a New York corporation and is headquartered at 138 West 25th Street in Manhattan.

3. Manhattan GMAT is in the business of providing test preparation classes and materials to people who are preparing to take the GMAT examination. The GMAT is the standardized test used by graduate schools of business in evaluating applicants.

4. More of Manhattan GMAT's customers are from the New York area than anywhere else. We have established additional locations, mostly on the East Coast and in California, but New York is easily our largest market.

5. Much of our business comes from the Internet. Prospective customers most often will perform a Google® search and select a provider from the results. Therefore, a company's relative position on the list of search results is critical to its ability to market most effectively.

6. I believe that Defendants' improper activities have resulted in them being able to obtain more favorable positions on search result listings than they would otherwise have been able to achieve. This has of course damaged our business.

7. MG Prep, Inc. maintains its corporate records in New York City and all of its officers are located here. As mentioned above, many of its customers are from this area. We have no offices in Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2008

_____
ANDREW YANG