## PROOF OF SERVICE

Deborah Mays, being duly sworn, deposes and states as follows:

1. The statements made herein are true of my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 41 Madison Avenue, 34th Floor, New York, New York 10014.

3. On February 11, 2008, I caused to be served by ECF the following:

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO DISMISS OR TRANSFER;**

and

**REPLY DECLARATION OF MASON A. WEISZ IN SUPPORT OF MOTION TO DISMISS OR TRANSFER,**

addressed as follows:

| | |
|---|---|
| John Scott Selinger, Esq. | Thomas M. Furth, Esq. |
| newyorklegalteam@yahoo.com | tmfurth@cs.com |

*Counsel for Plaintiffs.*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at New York, New York on this 11th day of February, 2008.

*[signature]*
DEBORAH MAYS

{A061396.DOC\1}