# EXHIBIT A

# business inquiry

**BUSINESS DETAILS:**

| | | |
|---|---|---|
| **Business Name:** | **Business ID:** | **Business Address:** |
| TESTING TECHNOLOGIES INC. | 0815937 | 30 SPOONWOOD ROAD, WILTON, CT, 06897 |
| **Mailing Address:** | **Citizenship/State Inc:** | **Last Report Year:** |
| NONE | Domestic/CT | |
| **Business Type:** | **Business Status:** | **Date Inc./Register:** |
| Stock | Active | Mar 28, 2005 |

**PRINCIPALS:**

| | | |
|---|---|---|
| **Name/Title:** | **Business Address:** | **Residence Address:** |
| SEAN SELINGER<br>DIRECTOR | 30 SPOONWOOD ROAD, WILTON, CT, 06897 | 30 SPOONWOOD ROAD, WILTON, CT, 06897 |

**BUSINESS SUMMARY:**

| | | |
|---|---|---|
| **Agent Name:** | **Agent Business Address:** | **Agent Residence Address:** |
| SEAN SELINGER | 30 SPOONWOOD ROAD, WILTON, CT, 06897 | 30 SPOONWOOD ROAD, WILTON, CT, 06897 |

» **View Name History**      » **View Filing History**      » **View Shares**

[ Cancel ]

## business filings

**NAME CHANGE HISTORY:**

**Business ID:**                                      **Business Name:**
0815937                                         TESTING TECHNOLOGIES INC.

**No Name Change Records found for Business with ID : 0815937**

[ Cancel ]

# business filings

**FILING HISTORY:**

| Business ID: | | | Business Name: | | | | |
|---|---|---|---|---|---|---|---|
| 0815937 | | | TESTING TECHNOLOGIES INC. | | | | |
| Filing #: | Filing Date/Time: | Effective Date/Time: | Filing Type: | Vol_Type: | Volume: | Start Page: | # Pages: |
| 0002889445 | Mar 28, 2005 12:00:00 PM | | INCORPORATION | B | 00739 | 3629 | 2 |
| 0002889448 | Mar 28, 2005 12:00:00 PM | Mar 28, 2005 12:00:00 PM | ORG REPORT | B | 00739 | 3634 | 1 |

[Cancel]

## business filings

**SHARES:**

**Business ID:** 0815937

**Business Name:** TESTING TECHNOLOGIES INC.

**Total Number of Shares:** 100

| Shares Class: | Number of Shares: | Par Value: |
|---|---|---|
| COMMON | 100 | $0.00 |

[Cancel]

# EXHIBIT B

# NetworkSolutions

Call us 1-800-333-7680    Shopping Cart
Login    Help

## WHOIS Search Results

Available **800score** extensions:

.org  .info  .biz  .de  .tv  .co.uk  .bz

[Order Selected Domain(s)]

### Your WHOIS Search Results



**800score.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate.
Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

Visit AboutUs.org for more information about 800SCORE.COM AboutUs: 800SCORE.COM

**Registrant:**    Make this info private
800score.com
1217 W. Boston Post. Rd.
Mamaroneck, NY 10543
US

**Domain Name:** 800SCORE.COM

**Promote your business to millions of viewers for only $1 a month!**

Learn how you can get an Enhanced Business Listing here for your domain name.

Learn More

**Administrative Contact , Technical Contact :**
Selinger, Sean
contact@800SCORE.COM
177 MAIN ST
FORT LEE, NJ 07024-6936
US
Phone: 1 800 789 0402

**Record expires on** 05-Apr-2011
**Record created on** 05-Apr-1999
**Database last updated on** 04-Oct-2006




Get the power of a dedicated server at a fraction of the cost.

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.



Learn the Secrets of Search Engine Optimization
Attend our SEO Seminar
Learn More



Help your customers find you. Take advantage of a free ThinkLocal listing today!
Join Now!
It's smart to ThinkLocal

**Domain servers in listed order:**                     Manage DNS

A.NS.INTERLAND.NET
B.NS.INTERLAND.NET
C.NS.INTERLAND.NET

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 64.224.230.68 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-GEORGIA-SNELLVILLE |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 2 |
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | 1 listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | GMAT / GRE Prep Courses. Download 5 Practice Tests. |
| **Meta Description:** | Most popular GMAT and GRE online prep courses. Download 5 tests and use our online GMAT and GRE prep guides to get your highest possible score: online tutoring, practice timed essays and pace training technology. |
| **Meta Keywords:** | gmat, gre, gmat test, gre test gmat preparation course courses |
| **Secure:** | Yes |
| **E-commerce:** | Yes |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 30-Nov-2007 |

Search ▶

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
- Domain Name
- NIC Handle
- IP Address

Search ▶

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee





**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

# EXHIBIT C

# 800SCORE.COM — PREMIUM TEST PREPARATION SERVICES — WINTER 2008

GRE Preparation   GMAT Preparation   Contact Us   Login

800score has had over 100,000 students and is the largest online test preparation company for the **GMAT** and **GRE**™ tests. Take free sample exams, learn test strategies, and get preparation software for immediate downloading. Prepare for the GMAT and the GRE tests in the mandatory CAT (computer-adaptive testing) format.





**GRE (Graduate School)**

The **GRE** (Graduate Record Exam) testing is for graduate school programs aside from business, law or medical school, such as psychology or engineering.

**GMAT (Business School)**

The **GMAT** (Graduate Management Admission Test) test is required for admission to most business school programs worldwide.

MORE INFO

MORE INFO

Which test should I take: GMAT or GRE?
SAT BETA

   

The **GMAT** and **GRE** are extremely difficult exams that are taken on a computer. We urge all students to dedicate several weeks to prep for these tests and to take practice computer-adaptive exams to best simulate the test-day experience.

We wish you the best on test day!

© 2008 **800score.com**   244 Fifth Avenue   Suite 2638   New York, NY 10001-7604   1.800.789.0402

GMAT is a registered by GMAC (Graduate Management Admissions Council). GRE is a registered trademark of ETS (Educational Testing Services). This site has no affiliation with ETS or GMAC and is not endorsed by those organizations. Our exams are simulations.

# 800SCORE.COM — PREMIUM GMAT PREPARATION SERVICES — WINTER 2008
▶ GRE

Order Page | About Us | FAQ | Contact Us | Login

## Order GMAT Prep

Order the 800score.com Prep Course with 5 practice GMATs.

**ORDER PAGE**

## GMAT Sections

▶ Download 5 GMAT Exams
▶ Essay Section Guide
▶ Math & Verbal Prep Guide

## GMAT Resources

▶ Intro to the GMAT
▶ 24 Hour Tutor Support
▶ Take Practice Essays
▶ Use the Test Pacer
▶ GMAT & 800score FAQ
▶ Free Sample GMAT
▶ GMAT Classroom Course



An "800" is the highest possible score on the GMAT. Over the last 8 years, **800score.com** has helped over 100,000 students get their highest possible score.

Prepare for the GMAT in the CAT (Computer-Adaptive Test) format that will be used on test day. Take 5 GMAT CAT practice tests, try out our simulated GMAT essays, learn strategies and get the **800score.com** Prep Course for immediate downloading.

### 5 Sample GMAT Tests with the Test Pacer

The GMAT is **only** available as a Computer-Adaptive Test (CAT). The CAT test gets harder or easier in response to your performance. Learn this format by taking our 5 downloadable GMAT CAT exams.   **MORE INFO**

### Beat the GMAT Math & Verbal Sections

Get test-taking tips, hundreds of practice questions and the strategies you need to beat the Math and Verbal sections. Try out the first chapter of our Online Prep Guide.   **MORE INFO**

### GMAT Essay Guide & Timed Practice Essays

The AWA Essay section is scored by a computer program that analyzes analytical writing ability. Learn tactics on how to structure your essays and try out our online timed simulated GMAT essays.   **MORE INFO**

### Improve Time Management

The GMAT CAT design places a premium on pacing strategies. To quote the test makers, "Time management is key." **800score.com**'s exclusive Test Pacer tells you what question you should be on, acting as a training wheel to teach you pacing strategies.   **MORE INFO**

### The 800score Preparation Course

The **800score** Preparation Course includes the Essay Section Guide, the Prep Guide for the Math and Verbal Sections and 5 complete GMAT CAT exams with the Test Pacer built in. Course includes our 24-Hour Tutor support.   **MORE INFO**



**Click to View Video**

### 800score.com Advantage

* Comprehensive Course Materials
* 24-Hour Tutor Support
* GMAT Pacer-Training System
* Tests in the CAT format
* Over 8-Years Experience
* Higher Score Guarantee
* Immediate & Convenient Access

**MORE INFO**

### What Our Customers Say:

"With some GMAT classroom courses now charging over $1500, it is a pleasant surprise to see such a well-executed product that is marketed to be affordable and available to all students."

**GMAT Club Review**
March 26, 2007

© 2008 **800Score GMAT**   244 Fifth Avenue   Suite 2638   New York, NY 10001-7604   1.800.789.0402

# 800SCORE.COM — PREMIUM GMAT PREPARATION SERVICES — WINTER 2008
▶ GRE

Order Page   About Us   FAQ   Contact Us   GMAT Home

## Order GMAT Prep

Order the 800score.com Prep Course with 5 practice GMATs.

**ORDER PAGE**

## GMAT Sections

▶ Download 5 GMAT Exams
▶ Essay Section Guide
▶ Math & Verbal Prep Guide

## GMAT Resources

▶ 800score.com Advantages
▶ 24 Hour Tutor Support
▶ Take Practice Essays
▶ Use the Test Pacer
▶ GMAT & 800score FAQ
▶ Intro to the GMAT
▶ Free Sample GMAT

### 800score.com Order Page

- Course purchases available immediately online upon placing order.
- Free **24-hour tutor** support if you have any problems or questions.

GMAT Prep Course ($39.95)    **MORE INFO**

▶ **5 Complete GMAT CAT Tests** with complete explanations.
▶ **Exclusive Test Pacer** training system built into all practice tests.
▶ **GMAT Prep Guide** complete guide to the Math and Verbal sections.
▶ **Essay Section Guide** including real essay questions and explanations.
▶ **24-Hour Tutor** email support for rapid answers to your questions.
▶ Bonus 50-page section on writing application essays to business schools.

5 GMAT CAT Tests ($24.95)    **MORE INFO**

Test Pacer Watch ($99.95)    **MORE INFO**

Essay Grading Service ($19.99)    **MORE INFO**



### 800score.com Advantage

- Comprehensive Course Materials
- 24-Hour Tutor Support
- GMAT Pacer-Training System
- Tests in the CAT format
- Over 8-Years Experience
- Higher Score Guarantee
- Immediate & Convenient Access

**MORE INFO**

### What Our Customers Say:

"The course has been extremely useful, and now I feel much more confident in taking on the GMAT."

Mark Bauer
San Francisco, USA
March 23, 2006

© 2007 **800Score GMAT**    244 Fifth Avenue    Suite 2638    New York, NY 10001-7604    1.800.789.0402

# 800SCORE.COM — PREMIUM GMAT PREPARATION SERVICES — WINTER 2008
▶ GRE

Order Page   About Us   FAQ   Contact Us   GMAT Home

### Order GMAT Prep

Order the 800score.com Prep Course with 5 practice GMATs.

**ORDER PAGE**

### GMAT Sections

▶ Download 5 GMAT Exams
▶ Math & Verbal Prep Guide
▶ Essay Section Guide

### GMAT Resources

▶ 800score.com Advantages
▶ 24 Hour Tutor Support
▶ Take Practice Essays
▶ Use the Test Pacer
▶ GMAT & 800score FAQ
▶ Intro to the GMAT
▶ Free Sample GMAT



Click to View Video

## About 800score.com

An "800" is the highest possible score on the GMAT. At 800score, our mission is to make the best test preparation available at affordable prices, so that any student can have a fair chance of getting their highest-possible score and getting into the graduate school of their dreams.

We have helped over 100,000 students since 1999, making us the most popular online test preparation company for grad students. Our tests are licensed by dozens of GMAT classroom courses worldwide.

800score developers have all scored above the 99th percentile — many have scored perfect 800's — and have attended schools such as Harvard, Yale, MIT and Oxford. Several of our New York City GMAT developers make over $150/hour tutoring to investment bankers and other professionals trying to get into elite business schools.

We offer their expertise as part of our course along with exclusive strategies developed by 800score over the last 8 years. Our developers work with the 800score vision to make this unique product as affordable and well-made as possible.

800score has a history of leading innovation in the test prep field.

- Our exclusive test-pacer training system is built into all of our tests and teaches you the complex pacing for GMAT CAT interactively.

- We developed unique flash explanations for our most complex and hard to understand GMAT questions. View a sample.

- We developed online timed practice essays so that you can practice under real conditions and send in essays for grading and feedback.

- Our GMAT CAT tests lead the industry in ease of use and functionality.

Our privacy policy (*never to send spam and always to respect the highest standards of privacy*) has been certified by Truste. We use a VeriSign secure site for ecommerce encryption technology.



Meet the 800score GMAT Experts.



Advantages of Preparing for the GMAT Online
By 800score.com's founder, Sean Selinger, for MBA Center Magazine

**U.S.News**
"Shooting for 800s on your GRE or GMAT" try 800score.com



reviewed by TRUSTe site privacy statement

VeriSign Secure Site — Click to verify

## How to use 800score.com

Once your credit card information has been approved, you will have immediate access to the GMAT course. You can log in from anywhere you have internet access.

Good luck on the GMAT!

▶ Learn more about the 800score course by watching a flash video.
▶ Order the 800score GMAT Course.

© 2008 800Score GMAT    244 Fifth Avenue    Suite 2638    New York, NY 10001-7604    1.800.789.0402