**800SCORE.com**    PREMIUM GMAT PREPARATION SERVICES    WINTER 2008    ▶GRE

Order Page    About Us    FAQ    Contact Us    GMAT Home

## Order GMAT Prep

Order the 800score.com Prep Course with 5 practice GMATs.

**ORDER PAGE**

## GMAT Sections

▶ Download 5 GMAT Exams

▶ Essay Section Guide

▶ Math & Verbal Prep Guide

## GMAT Resources

▶ 800score.com Advantages

▶ 24 Hour Tutor Support

▶ Take Practice Essays

▶ Use the Test Pacer

▶ GMAT & 800score FAQ

▶ Intro to the GMAT

▶ Free Sample GMAT Section

## 800score Course Overview Video



This short flash video describes the features and functionality of the 800score GMAT Course.

1) Turn on your volume

2) Have high bandwidth to use.

3) You may need an updated version of Flash.

It may take several minutes to load the file. If it does not work, email us for support.

> **Click to start video**
(note: you may have to disable your pop-up blocker)

**Instructor Information:**
Whitney Seibel
800score Developer
Yale University, BA
750 GMAT
800 SAT Math



800score.com
**Advantage**

- Comprehensive Course Materials
- 24-Hour Tutor Support
- GMAT Pacer-Training System
- Tests in the CAT format
- Over 8-Years Experience
- Higher Score Guarantee
- Immediate & Convenient Access

**MORE INFO**

What Our
**Customers Say:**

"I just got a 710 and wanted to thank you for your help. I appreciate the rapid response of your customer service department."

John Chung
Philadelphia, USA
March 26, 2007

© 2007 **800Score GMAT**    244 Fifth Avenue    Suite 2638    New York, NY 10001-7604    1.800.789.0402

800SCORE.COM    PREMIUM GMAT PREPARATION SERVICES    WINTER 2008    ▶GRE

Order Page    About Us    FAQ    Contact Us    GMAT Home

**Order GMAT Prep**

Order the 800score.com Prep Course with 5 practice GMATs.

ORDER PAGE

**GMAT Sections**

▶ Download 5 GMAT Exams
▶ Essay Section Guide
▶ Math & Verbal Prep Guide

**GMAT Resources**

▶ 800score.com Advantages
▶ 24 Hour Tutor Support
▶ Take Practice Essays
▶ Use the Test Pacer
▶ GMAT & 800score FAQ
▶ Intro to the GMAT
▶ Free Sample GMAT

## 800score Contributors & Tutors

Our contributors are leading GMAT tutors or individuals who have shown exceptional ability on standardized tests.



**Sean Selinger** is the founder of 800score and a former Wall Street technology stock analyst. He attended Cornell University as a Cornell National Scholar (the top 50 in his class of 3500) and got perfect scores on the SAT and GMAT quantitative sections.

**Dr. Steve Alexandris** (Yale, MIT, PhD Mathematics.) Senior Developer. Perfect 800 scores on the GMAT and GRE. Steven is available for tutoring in **New York City** and **Connecticut**.



**Ian Simpson** runs the tutoring company Integrated Learning and has taught hundreds of GMAT students. He is a UCLA graduate with a perfect 800 score on the GRE Math section and a 770 on the GMAT.



**Rebecca Pronsky** (Brown U. BA) Professional test tutor in New York City specializing in Verbal and essay prep. Rebecca grades 800score essays and helps with development.



**Ajeet Khurana** is About.com's GMAT expert and has published books on preparing for the GMAT through McGraw Hill.



**Crowan Robers**
Scored a 790 on the GMAT and runs a tutoring company in San Francisco. Crowan is a verbal specialist and got a perfect score on the GMAT verbal section.

**Heather Johnston** is a mathematics professor at Vassar College. She attended Princeton University at age 14 and has a mathematics degree from MIT. She got a perfect score on the GMAT Quantitative section.

**Josh Rolnick** (Brown University BA / Oxford University.) 99th percentile on the SAT, GRE, GMAT, and LSAT and 3 years experience as a test prep tutor.

**Margaret Hellerstein** (Brown U, BA / Yale Law)

**Whitney Seibel** (Yale U. BA) 800 SAT, 750 GMAT

**Andrew Pressman** (Cooper Union, BA) 800 SAT

**Jane Albertson** (Princeton U.)



**800score.com Advantage**

● Comprehensive Course Materials
● 24-Hour Tutor Support
● GMAT Pacer-Training System
● Tests in the CAT format
● Over 8-Years Experience
● Higher Score Guarantee
● Immediate & Convenient Access

MORE INFO

**What Our Customers Say:**

"We are impressed with the attention to detail and the amount of work that has gone into developing this new product."

**GMAT Club Review**
March 26, 2007

**Thomas Flaherty** (Harvard U. BA)

**Mary Leytes** (Yale U. BA)

© 2007 **800Score GMAT**     244 Fifth Avenue     Suite 2638     New York, NY 10001-7604     1.800.789.0402

Complete GMAT Prep Course Secure Order Form



2/11/2008 6:17 PM

# EXHIBIT D



# The LSAT Center
## lsat-center.com

**LSAT Prep Course**

## How to Prepare

<u>Find LSAT Classes</u>
Local LSAT Classrooms

<u>Find LSAT Tutors</u>
Local LSAT tutors

<u>LSAT Online Course</u>
Take LSATs and prepare

<u>The LSAT Essay</u>
Essay grading service

<u>Sample LSAT</u>
Try an LSAT section

## About the LSAT

<u>Intro to the LSAT</u>
Information & registration

<u>Scores & Admissions</u>
How important is the LSAT?

<u>LSAT Sections</u>
Analytical, Reading & Games

<u>LSAT Tips</u>
7 tips for the LSAT

> <u>LSAT home</u>

> <u>Contact Us</u>

> <u>FAQ</u>

> <u>LSAT Registration</u>

**Next LSAT: February 2nd, 2008**



## How to Prepare for the LSAT
Many admissions committees will value the LSAT more than your cumulative undergraduate GPA. As implausible as it may sound, four hours on a Saturday morning taking the LSAT could be more important than four years toiling in undergraduate classrooms.

Since 1999, **LSAT Center** has offered help for LSAT students finding a prep course or using our online materials.

- **Use our locator engine to find an LSAT class in your area (USA and Canada).**
  Find an LSAT Class Near You

- **Learn about the PowerScore LSAT Course**
  PowerScore has been offering LSAT test prep since 1997 and works with thousands of students each year. They offer an 80-hour LSAT course and a 16-hour weekend course nationwide and highly-specialized prep books. Continue to **PowerScore.com**.

- **Order practice LSATs and a prep course**
  Start your preparation immediately with the LSAT Center Course.

- **About the LSAT**
  Read a free chapter from the LSAT Center Course.

- **How critical is the LSAT?**\*
  How admissions committees evaluate your scores.

- **Prepare for the Writing Sample**
  Learn how to write and structure your essays and take timed practice essays.

- **Take a sample LSAT test**
  Take a sample LSAT section including complete explanations.

- **LSAT registration**
  How to sign up for the and find test dates.

*LSAT is a registered trademark of LSAC (Law School Admissions Council) . The LSAT Center has no affiliation. All LSATs are simulated. <u>GMAT</u> and <u>GRE</u> prep through 800score.com.



# LSAT Center Course

**Comprehensive**

- Includes **3 practice LSATs** with complete explanations
- a full-length prep guide equivalent to 200 pages of content including dozens of test strategies and tips.

**Additional Strategy Guides**

**Reading Comprehension**
How to actively read texts
How to analyze essay structure
7 Principles of Reading Comprehension
The major question types
A. Recall questions
B. Synthesis
C. Comprehension
How to identify trick questions
Additional practice questions

**Logic Games (expanded)**
Introduction to Deductive Reasoning
Structure of a Logic Game
General Strategy for Logic Games
Game Type 1: Ordering Games
Game Type 2: Characteristic Games
Game Type 3: Grouping Games
Game Type 4: Networking Games
Game Type 5: Non-Linear Spatial Games

**Critical Reasoning**
How to analyze arguments
Common types of arguments
12 Common Types of logical fallacies
Putting it into your own words
6 Principles of Critical Reasoning
Critical Reasoning question types
How to identify trick question types
3-Step technique to Critical Reasoning
Typical Critical Reasoning Question Types
A. Must Be True Questions
B. Assumption Questions
C. Strengthen and Weaken Questions
D. Main Point Questions
E. Paradox Questions
Additional practice questions

- **Bonus 50-page section** on writing application essays to law school.

**Immediate Access**
After you place your order, you will be forwarded to a download page to take the tests offline on your computer or view the material online.

**Convenient**
You can access your course from wherever you have access to the Internet: home, office, or school.

**Guaranteed Results**
If you complete the course, take the LSAT, and your scores do not increase over a prior official LSAT score, you will be credited for your purchase.

>> Order only 3 LSAT practice tests $15.99

>> Order **LSAT Center Course (3 LSAT practice test & prep guide) $23.99**



## The LSAT Center
### lsat-center.com

### How to Prepare

Find LSAT Classes
Local LSAT Classrooms

Find LSAT Tutors
Local LSAT tutors

LSAT Online Course
Take LSATs and prepare

The LSAT Essay
Essay grading service

Sample LSAT
Try an LSAT section

### About the LSAT

Intro to the LSAT
Information & registration

Scores & Admissions
How important is the
LSAT?

LSAT Sections
Analytical, Reading &
Games

LSAT Tips
7 tips for the LSAT

> LSAT home

> Contact Us

> FAQ

> LSAT Registration

## Introduction to the LSAT

The LSAT is exceedingly important for your admissions chances and it is the most important admissions factor at most law schools. It is administered by the LSAC (Law School Admissions Council) four times each year and you can take it at a nearby location.

If you took the SAT to get into college, then you know the routine. The test is a similar experience, but the LSAT is much harder.

**The Bad News:** Taking the LSAT is a marathon. The tests are a total of 175 minutes long and the writing sample is 30 minutes long. Add to that some administrative work and a break and the whole LSAT test day "experience" will take you about 4 to 5 hours. You will have to take practice tests in blocks of several hours to simulate the test day experience.



**Test day will
take 4 to 5 hours**

**The Good News:** The LSAT doesn't tend to change much from year to year. It has been essentially the same test for ten years. This means that if you take enough practice tests and learn the right strategies, you can effectively prepare for the test.

Many claim the LSAT is a "beatable" test and it does seem to be highly amenable to preparation. Highly-specialized companies like **PowerScore** have spent years cultivating techniques to beat the LSAT.

## The LSAT Test Sections

The Law School Admission Test (LSAT) is a multiple-choice test used by law schools to help them select candidates. The LSAT consists of five multiple choice sections with a total of about 101 questions.

| Section | # of sections | # of questions | length | content |
|---|---|---|---|---|
| Logical Reasoning (Arguments) | 2 | 24-26 | 35 min | analyze statements for logical errors |
| Analytical Reasoning (Games) | 1 | 24 | 35 min | solve complex logical deductive puzzles |
| Reading Comprehension | 1 | 26-28 | 35 min | read passages and answer questions |
| Experimental | 1 | Depends on section | 35 min | Depends on section |
| Writing Sample | 1 | 1 | 30 min | Write an essay on a topic |

In addition to the above multiple choice sections (Logical Reasoning, Logic Games, Reading Comprehension), you will have to produce a **Writing Sample** short essay. The

essay is **not scored**, but it is sent with your application to law schools. Law schools usually do not use it as a significant part of your admissions process. Nevertheless, it is important to put effort into writing this essay in the off chance that it is read. Since many people use admissions consultants to write their admissions essays, the LSAT essay is the one place where admissions evaluators can see how you actually write.

The LSAT Center Course offers a prep guide for the multiple choice sections and a guide to the essay questions. You can take 3 sample LSATs and take practice essays using our essay grading service to get feedback on your writing.

## LSAT dates & locations

The LSAT is administered once in February, June, October, and December. Students planning to apply for law school admission in the fall should plan to take the test by October, although schools are often able to use December scores. The next LSAT is September 27th, 2007.

## LSAT Registration

Try to register at least six weeks before the test to avoid late fee. If you register early, you are more likely to get your first choice test center.

- Call to register: (215) 968-1001

>> Continue to LSAT Scores (2 of 4, Chapter 1)

>> Get the LSAT Center Prep Course

Chapter 1 (free) of **LSAT Center Course**                              **LSAT Center Course**

| 1. Intro to the LSAT | 2. LSAT Scores | 3. LSAT Sections | 4. Test taking tips | LSAT Course |
|---|---|---|---|---|
| >What is the LSAT | >How the LSAT is scored | >Logical Reasoning | >Test Strategies | >What the course contains |
| >LSAT Test Sections | >How law schools use the LSAT | >Reading Comprehension | >Test Day tips | >Sample LSATs |
| >Test dates & locations | >Why the LSAT is crucial | >Logic Games | . | >How to order |
| >How to register | . | . | | . |
| . | | | | |

# The LSAT Center
## lsat-center.com



(page 2 of 4, from Chapter 1 of the LSAT Center Course)
1. Intro to the LSAT   2. LSAT Scores   3. LSAT Sections   4. Test Taking tips

## LSAT Scoring & Admissions

**LSAT Prep Course**

**About the LSAT**

Intro to the LSAT
Information & registration

Scores & Admissions
How important is the LSAT?

LSAT Sections
Analytical, Reading & Games

LSAT Tips
7 tips for the LSAT

**Prepare Online**

Find LSAT Classes
Local LSAT Classrooms

Find LSAT Tutors
Local LSAT tutors

LSAT Online Course
Take LSATs and prepare

The LSAT Essay
Essay grading service

Sample LSAT
Try an LSAT section

> LSAT home

> Contact Us / FAQ

> LSAT Registration

The LSAT is scored on a scale of 120-180. The average score is about 150, but you should score well over 160 to get into one of the top 25 law schools. There are about 101 questions in each test, and you get one raw score point for each question answered correctly. The raw score (from 0 - 101) is converted into score ranging from 120 (the minimum) to 180 (the maximum) using a formula that is designed for that particular LSAT. For example, a raw score of 99 out of 101 would usually translate into a 180.

The LSAT has no passing score. You should contact the law schools you want to apply to (or go to their web sites) to find out the average score of accepted students.

**Cornell Law School
Average LSAT 165***

### How law schools use your LSAT scores

Law schools have different policies for weighing LSAT scores and your GPA. **Many law schools will weigh your LSAT score more than your GPA.** Some schools weigh your LSAT score 70% versus 30% for your GPA, meaning that this 3 1/2 hour test is worth more than 4 years undergraduate work! Research the law schools you are applying to for this information because the value of the LSAT varies tremendously from school to school. Some schools make public the calculations they use to combine your LSAT and GPA together. For example, a school might use (LSAT score -120) + (GPA * 20) as an index to evaluate each candidate. If you have a LSAT score of 160 and a GPA of 3.5, your index would be:

(160 - 120) + (3.5 * 20) = 110

### Why is the LSAT critical in admissions?

It probably sounds absurd that your LSAT score could be more important than your four-year GPA. Why would something as important as law school admissions be determined by a multiple-choice standardized test that is only a mediocre predictor of law school performance? To explain this situation, consider the weakness of other admissions factors:

- **Undergraduate GPA** can be unreliable because it is difficult to compare grades from different programs and different schools. Even individual classes within majors vary tremendously in difficulty. Also, classes that tend to be difficult, such as engineering, may not be reflective of the abilities needed in law school.

  Medical schools have it much easier because their pool of applicants must all take a set of required courses, such as organic chemistry, and those courses can serve as a reasonable yardstick. Law school admissions officers, however, don't have that luxury and are comparing students from hundreds of different schools, with hundreds of majors, and taking tens of thousands of different classes.

- **References** may not be objective. It is difficult to differentiate hundreds of applicants whose professors claim all their students are "excellent." Professors are often encouraged by school administrators to do anything they can to help their students get into top schools.

- The **application essays** are not necessarily reflective of academic ability or even personality. Many admissions consulting programs will help students write their essays. In addition, admissions departments do not have enough staff to read all the application essays. If your LSAT score and GPA are far below the norm, your application essay

may never even be read.

Given these factors, it is no surprise that law school admissions officers tend to over-rely on using simple LSAT scores for admissions. The good news is that the LSAT is a beatable test and you can raise your score by 20 or 30 percentile if you learn the ideal strategies and devote the time.

>> Continue to the **LSAT Sections** (page 3 of 4, Chapter 1)

>> Get the **LSAT Center Prep Course**

Chapter 1 (free) of LSAT Center Course

LSAT Center Course

1. Intro to the LSAT
>What is the LSAT
>LSAT Test Sections
>Test dates & locations
>How to register

2. LSAT Scores
>How the LSAT is scored
>How law schools use the LSAT
>Why the LSAT is crucial

3. LSAT Sections
>Logical Reasoning
>Reading Comprehension
>Logic Games

4. Test taking tips
>Test Strategies
>Test Day tips

**LSAT Course**
>What the course contains
>Sample LSATs
>How to order

**LSAT Prep Course**



# The LSAT Center
## lsat-center.com

### How to Prepare

Find LSAT Classes
Local LSAT Classrooms

Find LSAT Tutors
Local LSAT tutors

LSAT Online Course
Take LSATs and prepare

The LSAT Essay
Essay grading service

Sample LSAT
Try an LSAT section

### About the LSAT

Intro to the LSAT
Information & registration

Scores & Admissions
How important is the
LSAT?

LSAT Sections
Analytical, Reading &
Games

LSAT Tips
7 tips for the LSAT

> LSAT home

> Contact Us

> LSAT Registration

## Contact the LSAT Center

For information on the LSAT (**registration, preparation and scoring**), read the first (free) chapter in our online prep book.

- first (free) chapter in our online prep book

- How to order the LSAT Prep Course

- Email specific questions from **LSAT Center** material here: >>

### Frequently Asked Questions:
1. Do you have shipping charges or taxes?
2. How may I pay for my purchase?
3. How do I use your software and prep guides?
4. Do you guarantee your products?
5. What kind of computer do I need?

### LSAT FAQ
1. How many times should I take the LSAT?
2. How do I register for the LSAT?
3. What is the Law School Data Assembly Service (LSDAS?)
4. How should I prepare for the LSAT?

**1. Do you have shipping charges or taxes?**
Everything is viewable online and printable, so it isn't necessary to ship anything and there are no taxes. When you place your order you are immediately forwarded to an access page to access what you ordered. This saves us warehousing, printing, shipping, handling and taxes, which allows us to sell a LSAT Prep Package for $23.99 ( that would normally sell for $50. ^ top

**2. How may I pay for my purchase?**
You may pay using American Express, Visa, Discover. International students who wish to pay by non-U.S. check should email us. ^ top

**3. How do I use your tests and prep guides?**
Everything is designed to be as convenient as possible. Immediately after completing your purchase you will be forwarded to an access page. ^ top

**4. Do you guarantee your products?**
If you are dissatisfied and find problems with the material, we will issue a 100% credit for your purchase. Please describe the problem you had so that we may address the problem and prevent other students from encountering it. We can offer this guarantee because thousands of students have used our tests and prep guides and their feedback has helped to keep the quality high. We often change our content to keep up to date with changes in the LSAT and appreciate any notification of problems. ^ top

**5. What are the computing requirements for your software?**
The prep guides and tests are usable on any Windows or Macintosh computer.^ top

## LSAT FAQ

**1. How many times should I take the LSAT?**
The LSAT is offered four times a year. Students can pick up a hard copy of the LSAC application form in the Career Center or find the information on the web at the LSAC website. Students should take the LSAT when they feel confident that they are able to score at a level which accurately reflects their abilities. As multiple LSAT scores are averaged, students should plan to take the LSAT once. ^ top

**2. How do I register for the LSAT?**
Try to register at least six weeks before the test to avoid late fee. If you register early, you are more likely to get your first choice test center. ^ top

  ○ Call to register: (215) 968-1001

**3. What is the Law School Data Assembly Service (LSDAS?)**

The Law School Data Assembly Service, is a part of the Law School Admission Council (LSAC). According to the LSAC, the Law School Data Assembly Service (LSDAS) "Provides a means of centralizing and standardizing undergraduate academic records to simplify the law school admission process". This service will translate your GPA and allow law schools to more easily compare students from different schools. ^ top

**4. How should I prepare for the LSAT?**
The LSAT is critical to acceptance to prestigious law schools. The LSAT is a difficult test that requires learning how to do unusual questions that students may not have encountered before, such as the games sections. Plan on investing at least 50 hours preparing and purchasing several prep packages and taking at least 10 practice tests. Good Luck! ^ top

**Any other questions?**
Email: >>



# The LSAT Center
## lsat-center.com

**3 LSAT Practice Tests & Prep Guide $23.99**

🔒 You have now entered a secure transaction environment.

**LSAT Center Course**

- 3 sample LSATs plus
- LSAT Guide to Reading Comprehension, Critical Reasoning and Logic Games
- Guide to the LSAT essay Section
- 50-page bonus section on writing Law School Application Essays

**Immediate Access**
After you place your order, you will be forwarded to a download page to take tests online or you can download for use offline on your computer.

**Convenient**
You can access your course wherever you have access to the Internet: home, office, or school.

Payment method: ⦿ **credit card** (MC / Visa / Am Ex / Discover / Diners)
○ **check** (from U.S. bank account)

| | |
|---|---|
| Name | |
| Email Address | |
| Credit Card Number | |
| Expiration Date | month / year |
| Address | |
| Address Line 2 | |
| City | |
| State/Province | |
| Zip Code | |
| Country | |

Submit

© LSAT-Center
*LSAT is a registered trademark of LSAC (Law School Admissions Council). The LSAT Center has no affiliation.
All LSATs are simulated. **GMAT** and **GRE** prep through 800score.com

# EXHIBIT E



NetworkSolutions.

Call us 1-800-333-7680     Shopping Cart
Login     Help

## WHOIS Search Results

Available **lsat-center** extensions:



| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »



N E W!
VPS
HOSTING

Get the power of a
dedicated server at
a fraction of the cost.     LEARN MORE »

### Your WHOIS Search Results

Choose Your Domain Name
Provider Wisely and Transfer
Domains for $9.99/yr

Learn the do's and don'ts of
search engine optimization.
Download our *Guide to Getting
Found Online* now.



### lsat-center.com

Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

Private Registration - Keep personal information for this domain private.

SSL Certificates - Get peace of mind with a secure certificate.

Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!



# Learn the Secrets
of Search Engine
Optimization

## Attend our
# SEO Seminar

Learn More »

Search Engines

TOP SECRET

Visit AboutUs.org for more information about LSAT-CENTER.COM AboutUs: LSAT-CENTER.COM

**Registrant:**
Test Prep Online
P.O Box 543
Central Valley, NY 10907
US

Make this info private

**Domain Name:** LSAT-CENTER.COM

**Promote your business to millions of viewers for only $1 a month!**

Learn how you can get an Enhanced Business Listing here for your domain name.

Learn More

**Administrative Contact , Technical Contact :**
Falls, Ed
mathisfun@AOL.COM
PO BOX 543
CENTRAL VLY, NY 10917-0543
US
Phone: 14197305437

**Record expires on** 06-Aug-2011
**Record created on** 06-Aug-2000
**Database last updated on** 23-Jun-2006



think

help your customers find
you. Take advantage of
free ThinkLocal listings today!

Join Now!

It's smart to
ThinkLocal™

**Domain servers in listed order:**          Manage DNS

NS.RACKSPACE.COM                              69.20.95.4
NS2.RACKSPACE.COM                             65.61.188.4

Show underlying registry data for this record

| | | |
|---|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. | |
| **IP Address:** | 216.110.41.119 (ARIN & RIPE IP search) | |
| **IP Location:** | US(UNITED STATES)-NEW YORK-ASTORIA | Search ➢ |
| **Record Type:** | Domain Name | |
| **Server Type:** | Apache 2 | |
| **Lock Status:** | clientTransferProhibited | |
| **Web Site Status:** | Active | |
| **DMOZ** | no listings | |
| **Y! Directory:** | see listings | |
| **Web Site Title:** | LSAT Center: LSAT Class Courses and sample LSAT tests | **SEARCH AGAIN** |
| **Meta Description:** | LSAT CENTER provides resources for LSAT students. Find classroom courses, take a free LSAT, ask questions, learn strategies and take an online prep course. | **Enter a search term:** |
| **Meta Keywords:** | LSAT, test, prep | |
| **Secure:** | No | e.g. networksolutions.com |
| **E-commerce:** | Yes | **Search by:** |
| **Traffic Ranking:** | 4 | ◉ Domain Name |
| **Data as of:** | 30-Nov-2007 | ○ NIC Handle |
| | | ○ IP Address |

Search ➢

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month plus $99 one time set-up fee**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

© Copyright 2008 Network Solutions. All rights reserved.

     



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.