# EXHIBIT F



*To get into business school you need a well-polished application and a high GMAT score. Here you can find GMAT prep resources and tips on applying to business school.*

## GMAT Preparation

**Resources**

**Free GMAT Download**
Download GMAT sections through your web browser and take practice essays.

**Worldwide GMAT Course Locator**
Find a GMAT Class

**MBA Admissions Essay**
There are two main options: GMAT classroom courses or online courses. Review the pros and cons for each method of preparation.

### Need a GMAT Class?
Use our database of worldwide GMAT Classroom Courses.
Find a GMAT Class

### Can You "Buy" a Higher GMAT Score?
Elite GMAT prep companies promise a higher score, but they don't part with their secrets cheaply.

### GMAT Prep Course Options
The two main options are an online prep course or a classroom GMAT course.

## Sample GMAT Tests

### Free GMAT download
Demo GMAT sections through your web browser.

## The GMAT Format

### How the GMAT Works
The GMAT is only available on a computer and must be taken at select centers. It is comprised of a Quantitative, Verbal and Analytical Writing Assessment.

### GMAT CAT Sections
(Graduate Management Admissions Test), which is only available on a computer and must be taken at select centers. It is comprised of a Quantitative, Verbal and Anaytical Writing Assessment.

### Essay Section
Strategies for writing your essay.

## MBA Admissions

### MBA Admissions Consultants
Although it may be expensive to hire a consultant, it can be very valuable and worthwhile and ultimately cost saving.

### MBA Admissions Essay Tips
How to write a good essay.

---

GMAT(TM) and GMAT CAT (TM) is a registered trademark of rht Graduate Management Admission Council(TM). The Graduate Management Admission Council(TM) does not endorse, nor is affiliated in any way with the owner or any content of this website.





**Resources**

**Free GMAT Download**
Download GMAT sections through
your web browser and take practice
essays.

**Worldwide GMAT Course Locator**
Find a GMAT Class

**GMAT Course Options**
There are two main options: GMAT
classroom courses or online
courses. Review the pros and cons
for each method of preparation.

**About GMAT MBA Prep**

Where do MBA candidates have a resource comparing GMAT prep resources?

GMAT MBA Prep is an informational site sponsored by 800score.com and with
some content sponsored and developed by Manhattan GMAT, Essay Edge and
VeritasPrep.



**Free GMAT Download**
Download GMAT sections through your web browser and take practice essays.

**Worldwide GMAT Course Locator**
Find a GMAT Class

**GMAT Course Options**
There are two main options: GMAT classroom courses or online courses. Review the pros and cons for each method of preparation.

### GMAT Course Review

*Is it possible to "buy" a higher GMAT score through using an elite GMAT prep company?*

BusinessWeek put this question forward in an article about "Paying for Points". They profiled Manhattan GMAT and VeritasPrep, two companies that take GMAT prep to the highest extreme. They offer extensive courses, smaller classes and pay $100 an hour or more for their instructors.

VeritasPrep and ManhattanGMAT only hire instructors with a minimum score of 760 (99th percentile on the GMAT), but Kaplan isn't so picky and hires instructors who scored *above the 90th percentile*. What's amazing is that a near majority of students who complete Manhattan GMAT and Veritas courses *score higher than 680*. It becomes absurd when nearly half of students who complete Veritas and Manhattan GMAT would meet the GMAT requirement to *teach* for Kaplan.

The GMAT is the most complex and challenging standardized test in the world, so it make sense that you would need highly-focused specialty prep companies to give you a chance at a good score. Those type-A personalities flocking to intensive GMAT courses may not be so crazy after all.

---

### VeritasPrep

**Pros:**
They are a global company with over 300 instructors teaching at 60 locations worldwide. They recently opened up locations in India and Dubai.

The key to Veritas's success is offering more of everything: more pay for their GMAT instructors (more than $100/hour), more hours (42 for their course) and more support (25 hours of phone support). Kaplan is much lower on all three issues. The extra support and longer classes are especially helpful for students who may have a weak area, such as math or grammar.

VeritasPrep also offers MBA admissions consulting from former admissions officers at Stanford, Wharton, and Columbia. We're not kidding: the people who once judged who got into a top business school can now give you advice about how you can get in! The result is a comprehensive package that helps get you into an ultra-competitive business school.

**Cons**
VeritasPrep is not bashful about charging a premium for the quality of their service. The GMAT classes cost $1500 and packages with admissions consulting can run north of $4000. If you have the ambition to go to Harvard and the credit card to match... then, to quote VeritasPrep founder Chad Troutwine: "Success favors the prepared".

- **VeritasPrep's GMAT Course**

- **VeritasPrep's Admission Consulting**

---

### Manhattan GMAT

**Pros**
MGMAT's reputation for instruction and materials is outstanding, which is why they have such an enviable roster of corporate clients including Goldman Sachs, Bank of America and McKinsey Consulting. Those companies have large numbers of MBA candidates working for them and they trust MGMAT to prep them for admissions into elite business schools. In New York City they have a state-of-the-art two-floor education center and have opened centers in Boston, Chicago, San Francisco, Los Angeles, and Washington D.C.

**Cons**
Manhattan GMAT has no admissions consulting service. They are a smaller, more focused company and, despite recent expansion, offer in-person courses only in select major metropolitan areas.

- **Manhattan GMAT's Course**



GMAT Prep and MBA Admissions Info                    Contact    About    Home

| About the GMAT | The GMAT Format | GMAT Preparation | Free sample GMAT | MBA Admissions |
|---|---|---|---|---|
| How the GMAT Works | GMAT CAT Sections | GMAT CAT Strategies | Free GMAT Download | MBA Admissions Info |
| GMAT Registration | GMAT Questions | GMAT Course Options | | Admissions Consultants |
| | Essay Section | Find a GMAT Class | | Admission Essay Tips |

**Resources**

**Free GMAT Download**
Download GMAT sections through
your web browser and take practice
essays.

**Worldwide GMAT Course Locator**
Find a GMAT Class

**GMAT Course Options**
There are two main options: GMAT
classroom courses or online
courses. Review the pros and cons
for each method of preparation.

**GMAT Course Options**

You should begin preparing for the GMAT one to three months before test day.
You may need more time (two to five months) if you have been out of school for
some time and need to brush up on material. In general, you should spend at
least 50 hours preparing.

There are two main options: a GMAT online course or a GMAT class course.

Online courses are an inexpensive way to get started and learn the
fundamentals. Online courses are perfect for students who do not live where
reputable classroom courses are offered or who don't have the time.

A GMAT classroom course will be more expensive and may take time, but it
provides in-depth support and motivation. Many students use an online course to
start and then use a classroom course to focus on weak areas.

**Online GMAT Course**

- **800score.com** (named after the highest possible score on the GMAT, an
  800). The 800score.com course has been favorably reviewed and has
  well-designed sample GMAT CAT tests. The course is affordable at
  $39.95.
    - 5 Practice GMAT tests
    - Sample practice essays with grading service
    - Immediate access
    - Online prep guide
    - Test-pacing technology
    - Guide to writing your college admissions essay
    - 24-hour email support

- Continue to 800score GMAT

**GMAT Class Prep Course**

- GMAT Classroom Prep by Veritas offers class and tutoring for GMAT
  students around the world (this is more expensive at $1500). Veritas is
  ideal for the "cost no object" GMAT student.
    - 1400 pages of materials
    - 15 practice tests
    - 42 full hours of class instruction
    - 25 hours of phone tutoring support
    - Instructors have scored above 99th percentile

- Continue to Veritas Prep



**Take a Free Sample GMAT**

You can download a sample GMAT test online. The GMAT is taken as a computer program. The test adapts to your performance as you take the test.

**800score.com** (named after the highest possible score on the GMAT, an 800). The 800score.com course has been favorably reviewed and has well-designed sample GMAT CAT tests. The course is affordable at $39.95. They offer a free sample GMAT math section and practice timed essays with sample answers.

- 5 Practice GMAT tests
- Essay-grading service
- Online prep guide
- Test-pacing technology
- Guide to writing your college admissions essay
- 24-hour email support

Continue to 800score GMAT Prep

---

**Resources**

**Free GMAT Download**
Download GMAT sections through your web browser and take practice essays.

**Worldwide GMAT Course Locator**
Find a GMAT Class

**GMAT Course Options**
There are two main options: GMAT classroom courses or online courses. Review the pros and cons for each method of preparation.

# EXHIBIT G

NetworkSolutions.

Call us 1-800-333-7680     Shopping Cart
Login     Help

## WHOIS Search Results

Available **gmat-mba-prep** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

[ Order Selected Domain(s) ➤ ]


**NEW!** VPS HOSTING
Get the power of a dedicated server at a fraction of the cost. [LEARN MORE ➤]

### Your WHOIS Search Results



**gmat-mba-prep.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

Private Registration - Keep personal information for this domain private.

SSL Certificates - Get peace of mind with a secure certificate.

Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

Visit AboutUs.org for more information about GMAT-MBA-PREP.COM AboutUs: GMAT-MBA-PREP.COM

**Registrant:**                                    Make this info private
Online Test Prep
Test Prep Online
P.O Box 543
NY
US
Central Valley, NY 10907
US

**Domain Name:** GMAT-MBA-PREP.COM

### Promote your business to millions of viewers for only $1 a month!

Learn how you can get an Enhanced Business Listing here for your domain name.

  **Learn More**

**Administrative Contact , Technical Contact :**
Falls, Ed
mathisfun@AOL.COM
PO BOX 543
CENTRAL VLY, NY 10917-0543
US
Phone: 14197305437

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.


**Learn the Secrets of Search Engine Optimization**
Attend our **SEO Seminar**
[ Learn More ➤ ]
Search Engines
[ TOP SECRET ]


think
Help your customers find you. Take advantage of a free ThinkLocal listing today!
[ Join Now! ]
It's smart to ThinkLocal™

**Record expires on** 16-May-2011
**Record created on** 16-May-2000
**Database last updated on** 23-Jun-2006

**Domain servers in listed order:**                      Manage DNS

NS.RACKSPACE.COM                                         69.20.95.4
NS2.RACKSPACE.COM                                        65.61.188.4

Show underlying registry data for this record

|  |  |
|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
| **IP Address:** | 209.61.191.252 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-TEXAS-SAN ANTONIO |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 2 |
| **Lock Status:** | clientTransferProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | GMAT and MBA Prep |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 4 |
| **Data as of:** | 30-Nov-2007 |

Search ⇒

**SEARCH AGAIN**

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
- ⦿ **Domain Name**
- ◯ NIC Handle
- ◯ IP Address

Search ⇒

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month plus $99 one time set-up fee**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

© Copyright 2008 Network Solutions. All rights reserved

    



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

# EXHIBIT H

Login | Register | My Account | FAQs

Custom Search    GO >>

The Manhattan GMAT Advantage | Our Programs | Interact & Learn | MGMAT Store | Student Center

Select a location:
Select A Location

## Select your location
### from our list of cities above

## How We Are Different

Our specialized focus, content-based curriculum, and teaching excellence gives our students enrolled in our GMAT courses an edge that other test prep companies cannot provide.

MORE >>

## Our Instructors

With a 99th percentile (760) score and proven success in education, our instructors are a step above the rest. We attract talent with a $100/hour salary, the highest pay in the industry.

## ▲ Find a Course

GMAT prep classes, Self-Study Programs and Private Instruction

## ▲ Free Events

Check out the listing for all free events. Try the first session for free.

## ▲ Upcoming Events:

West LA Winter B 2006 - Closes...    Mon 02-04-08
Irvine Winter B 2006 - Closes ...    Mon 02-04-08
Philadelphia Winter B 2008 - C...    Mon 02-04-08
Virtual Winter H 2008 - Closes ...    Thu 02-07-08
S.F. Winter F 2008 - Closes Fe...    Sun 02-10-08

See Full Calendar

## ▲ Join Our Newsletter

Email:    JOIN

Student Testimonials




MORE >>

Manhattan GMAT Community

## Our GMAT Curriculum

Other companies focus on teaching tips and tricks such as backsolving. We believe success is achieved only by understanding the academic areas tested on the exam. Our curriculum will provide you with the confidence to attack any question you see on the test.

MORE >>



## Visit Our Store

Purchase individual components of our successful test prep materials, which include 8 Strategy Guides with corresponding Question Banks, 6 Computer Adaptive Exams, and Test Simulation Booklet.

VISIT THE STORE >>

The Manhattan GMAT Forum is where you get the chance to interact with teachers, students, and our Student Services team. Click 'have' to post your questions and join the community. Also, check out the **Manhattan GMAT Blog** for company news and information from our partners.

MORE >>

---

© Copyright 2006 by MG Prep, Inc.

| GMAT Prep Courses Available In: | Resources: |
|---|---|
| New York | Company Blog |
| Los Angeles | GMAT Forums |
| Chicago | |
| San Francisco | GMAT Book |
| Boston | GMAT Prep |
| Washington D.C. | Free GMAT Test |
| Raleigh-Durham | |

**Refer a Friend**
Do you think that your friends might be interested in understanding this academic approach to GMAT preparation? If so, click below to let us send them an invitation to learn more information.

>> send them an invitation

**Corporate Office**
138 West 25th Street, 7th floor
New York, NY 10001
212-721-7400
800-576-4628

Hours of operation:
Monday - Thursday: 10:00 am - 9:30 pm
Friday & Saturday: 10:00 am - 6:00 pm
Sunday: 10:00 am - 9:00pm

| News | Create Account | Legal | Jobs | Company Info | Contact Us | Sitemap |

GMAT FAQ - Interact and Learn - Manhattan GMAT

Page 1 of 8

# Frequently Asked Questions

**Other Frequently Asked Questions**
Student Services FAQ'sPrivate Tutoring FAQ's

## Manhattan GMAT Preparation Course

1. Will the Manhattan GMAT preparation course cover all of the material I need to know for the exam?
2. How much homework can I expect per week with the course?
3. How well do your students score on the actual GMAT after taking the course?
4. When can I expect to receive my books?
5. The description of my course shows that a class is skipped due to a holiday. Will we make it up on another day?
6. What are my options if I am going to miss a class?
7. How much time after the course finishes should I take the official GMAT?
8. What can I do if there is an emergency and I fall behind in class?
9. What can you advise if I really want to take a class but the course times don't fit my schedule?
10. Can I retake the 9-session course or transfer into another one?
11. What materials are included in the Manhattan GMAT curriculum?
12. I am still unsure of when I am going to B-school, so why begin preparing for the GMAT now?
13. What is the main difference between ManhattanGMAT and Kaplan or Princeton Review?
14. What are the differences between ManhattanGMAT and Veritas?

## GMAT Official Exam FAQs

1. How do I register for the GMAT?
2. How much does it cost to take the GMAT?
3. What if I need to reschedule the test date?
4. What if I have to cancel my GMAT appointment altogether?
5. What are the conditions like at the GMAT Testing Center, and what can I bring with me?
6. What is considered a good GMAT score?
7. If I feel that I have done poorly on the GMAT, can I cancel my score?
8. When am I given the option to choose what business schools I would like my score to be reported to?

2/11/2008

# Manhattan GMAT Preparation Course

1. Will the ManhattanGMAT preparation course cover all of the material I need to know for the exam? Absolutely. The course is structured to cover all of the quant and verbal material tested on the exam, as well as the analytical writing (essay) questions.

2. How much homework can I expect per week with the course? You can count on approximately 10-12 hours of homework per week. Break it down to about 2 hours of homework per day for 5 days, and then have two days a week to relax. Cramming for 10 hours on the weekend will result in decreased retention and brain fatigue.

3. How well do your students score on the actual GMAT after taking the course? Obviously, each person is different. However, we do our best to collect score data from all of our students after they've taken the official exam. The mean reported score of our students is in the 680's, and the median score is a 690. In comparison, the national average score of GMAT test takers is a 530. Back to Top

4. When can I expect to receive my books? In-person class students located in Boston, Chicago, San Francisco, and New York receive their books on the first day of class. For students in virtual classes or in-person classes in other locations, please click here for a table outlining our shipping procedures. Back to Top

5. The description of my course shows that a class is skipped due to a holiday. Will we make it up on another day? Yes. We postpone classes on major holidays due to historically poor attendance on these days. But don't worry, you will not miss any material. The course will continue as usual but just last for an extra week, and this change will be clearly noted in the class description.

6. What are my options if I am going to miss a class? If you are going to miss an in-person class, you can sit in on another class or watch the pre-recorded session of that lecture. If you are a virtual student, you can watch either the pre-recorded session of that lecture or the recording from your own class. Back to Top

7. How much time after the course finishes should I take the official GMAT? If you come to class and do the required homework, you will be ready to take the official GMAT as soon as the course is over – within the next one or two weeks.

8. What can I do if there is an emergency and I fall behind in class? Because things do come up, we have included class recordings as part of the additional GMAT resources available to you. You receive access to these recordings, along with practice exams, question banks, and speed building labs for three months after the class is over. You can take advantage of these resources at any time of day, with an internet connection.

9. What can you advise if I really want to take a class but the course times don't fit my schedule? We have many students who take the

virtual course but prefer to watch the classes at their own convenience. For this reason, students receive two sets of recordings of our live virtual courses: one is the subsequent class recording of the course in which the student is enrolled, and the other is a pre-recorded set of a previous course taught by our CEO. So, you can simply watch either set of recordings during your free time, and then use your (free) weekly half-hour of one-on-one instruction to go over any questions you may have.

Back to Top

10. Can I retake the 9-session course or transfer into another one? Yes, you can do either. If you are taking a virtual class, the retake/transfer fee is $300 for another virtual class which has not sold out after its first session. Or, you can guarantee yourself a spot in a class and attend all sessions by pre-paying a $600 fee. If you are enrolled in an in-person class, you can pay the $300 fee to transfer into a different class that has not sold out after its first session. Or, you can guarantee yourself a spot in a class and attend all sessions by pre-paying an $800 fee.

11. What materials are included in the ManhattanGMAT curriculum? Manhattan GMAT's exclusive GMAT preparation curriculum was designed in accordance with our philosophy of test preparation for this unique test. The philosophy centers on a balance between two competing emphases: test-taking strategies on the one hand, with in-depth content understanding on the other. In our experience, many test-prep companies offer the former without the latter, an approach that often leads to disappointing results. We have encountered many students who have learned certain "test-prep tricks" but do poorly on the actual exam because, without sufficient content understanding, they misapply these tricks. Additionally, sometimes tricks actually take more time than deriving a solution using learned mathematical and verbal principles. Finally, since the GMAT is a computer-adaptive exam with questions of varying difficulty levels, to perform well, one must be able to accurately answer very challenging questions; this is only possible with deep content knowledge.

This does not mean that we abandon the tricks. On the contrary, shortcuts and strategies are fundamental components of our curriculum. Yet, we seek to balance our curriculum by building true content understanding — an approach that leads to what we call content-confidence. As we are of the firm belief that confidence plays a major role in testing success, we think that by building content understanding, we develop our students' confidence in confronting unfamiliar problems. And this, after all, is what taking a test is all about.

All the curricular materials listed below are included in Manhattan GMAT's class tuition; these materials can also be purchased separately in our Online Store.

8 ManhattanGMAT Strategy Guides
ManhattanGMAT's Online Practice Exams & Question Banks
The Official Guide for GMAT Review (11th Ed.)
The Official Guide for GMAT Quantitative Review
The Official Guide for GMAT Verbal Review
ManhattanGMAT Challenge Problem Archives
Test Simulation Booklet and Marker

12. I am still unsure of when I am going to B-school, so why begin preparing for the GMAT now? Remember, the GMAT score is good for five years, so it doesn't matter if you will not attend business school in the next couple of years. But the longer you wait, the more time will have passed since your college "test-taking mode" and the years you studied math and verbal. Preparation will only become more difficult with time, so it truly makes sense to study and take the exam – and get it over with.
Back to Top

13. What is the main difference between ManhattanGMAT and Kaplan or Princeton Review? The primary difference is the caliber of instruction; our Instructors are paid $100 per hours to start, as compared to $25 - $30 per hour. As a result, we are able to maintain much higher standards for our Instructors. For example, the score requirement to be an Instructor at MGMAT is the 99th percentile, currently a 760 or higher out of 800 (compared to a 680 or 90th percentile). In addition, Instructors must be outstanding teachers to be hired; historically 1 out of 5 candidates (all of whom have a 99th percentile score) receives an offer from us, based upon their teaching audition and our estimation of their teaching ability. New Instructors then receive 100 hours + of training before being given their own class or private students. To meet our Instructors, take a look at their bios here.

Because of the abilities of our Instructors and the training they receive, we are able to provide a more ambitious curriculum that focuses on the actual academic content of the GMAT to help students get higher scores. But it all begins with the value we place on our teachers.

14. What are the differences between ManhattanGMAT and Veritas? Though Veritas maintains a similar score threshold for its Instructors, Veritas does not interview Instructors in person or require any training. Many Veritas Instructors have never met anyone from the company, even after having taught for the company for several years in some cases.

For a more exhaustive discussion, feel free to visit our blog posting on the subject.
*Back to Top*

# GMAT Official Exam FAQs

1. How do I register for the GMAT? The easiest way to register for the GMAT is online, at the test's official website: www.mba.com. When registering, it is necessary to create an account with your legal name - the one found on the identification that you will present at the exam center. You will also need a debit/credit card to pay for the exam fee.
Back to Top

2. How much does it cost to take the GMAT? You have to pay a fee of $250 USD to take the GMAT anywhere in the world.

3.  What if I need to reschedule the test date? You can reschedule the test date online at mba.com, but keep in mind that there is a $50 USD switch fee. Also, this fee applies only when you reschedule at least 7 days before your appointment. If you decide to switch dates any time thereafter, you will have to pay in full for the new GMAT test appointment ($250 USD).

4.  What if I have to cancel my GMAT appointment altogether? You can cancel your test date online at mba.com, but you will receive only a partial refund of $80 USD. This refund applies only when you cancel at least 7 days before your appointment. If you decide to cancel any time thereafter, you will not get any money back.
    Back to Top

5.  What are the conditions like at the GMAT Testing Center, and what can I bring with me? The only thing that you are allowed to bring to the center is a current government issued photo ID. All other items, including pens, calculators, etc., will be confiscated. Once at the center, you will be assigned to your own testing station and given a wet erasable notepad and felt tip pen for scratch work.

6.  What is considered a good GMAT score? Each business school has its own understanding of what constitutes a "good" GMAT score, especially because the GMAT is considered along with other application components such as the undergraduate GPA, work experience, and recommendations. If, however, you are applying to any of the top ten US programs, you should be aware that their accepted students' average GMAT scores range between a 690 and 710.

7.  If I feel that I have done poorly on the GMAT, can I cancel my score? Yes. If you feel like you have not done well, you can cancel your score at the end of the test. However, you will only be able to cancel prior to actually seeing your score, and your score will not be revealed if you choose to cancel it. Your score report, which will eventually be seen by your chosen business schools, will also indicate that you decided to cancel your score at that particular testing appointment.
    Back to Top

8.  When am I given the option to choose what business schools I would like my score to be reported to? At the GMAT Testing Center, you are given the option of choosing 5 business schools that you would like your score report to be sent to. Each additional GMAT score report that you order after your test date will cost you $20 USD, even if you did not choose any schools on test day.

**Manhattan GMAT Community**

GMAT FAQ - Interact and Learn - Manhattan GMAT

The Manhattan GMAT Forum is where you get the chance to interact with teachers, students, and our Student Services team. **Click 'more' to post your questions and join the community. Also, check out the Manhattan GMAT Blog for company news and information from our partners.**

MORE >>



# SELECT LOCATION

**Select a location:**

Select A Location 

- Login
- |
- Register
- |
- My Account
- |
- FAQs

GO >>

- The Manhattan GMAT Advantage
- Our Programs
- Interact & Learn
- MGMAT Store
- Student Center

© Copyright 2008 by MG Prep, Inc.

- News
- Create Account
- Legal
- Jobs
- Company Info
- Contact Us
- Sitemap

## GMAT Prep Courses Available In:

- New York
- Los Angeles
- San Francisco
- Washington D.C.
- Raleigh-Durham

- Philadelphia
- Chicago
- Boston

## Resources:

- Company Blog
- GMAT Forums
- GMAT Book
- GMAT Prep
- Free GMAT Test

## Refer a Friend

Do you think that your friends might be interested in understanding this academic approach to GMAT preparation? If so, click below to let us send them an invitation to learn more information

>> send them an invitation

**Corporate Office**

138 West 25th Street, 7th floor
New York, NY 10001
212-721-7400
800-576-4628

Hours of operation:
Monday - Thursday: 10:00 am - 9:30 pm
Friday & Saturday: 10:00 am - 6:00 pm
Sunday: 10:00 am - 9:00pm

# EXHIBIT I



# NetworkSolutions.

Call us 1-800-333-7680     Shopping Cart

Login    Help

## WHOIS Search Results



Available **manhattangmat** extensions:

| .mobi | .de | .eu | .bz |
|:---:|:---:|:---:|:---:|
| ☐ | ☐ | ☐ | ☐ |

Order Selected Domain(s) »

### Your WHOIS Search Results



**manhattangmat.com**

Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

Private Registration - Keep personal information for this domain private.

SSL Certificates - Get peace of mind with a secure certificate.

Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

Visit AboutUs.org for more information about MANHATTANGMAT.COM AboutUs: MANHATTANGMAT.COM

**Registrant:**          Make this info private
MANHATTAN GMAT
250 W 100TH ST STE 500
NEW YORK, NY 10025-5325
US

**Domain Name:** MANHATTANGMAT.COM

**Promote your business to millions of viewers for only $1 a month!**

Learn how you can get an Enhanced Business Listing here for your domain name.

Learn More

**Administrative Contact , Technical Contact :**
MANHATTAN GMAT
techsupport@manhattangmat.com
250 W 100TH ST STE 500
NEW YORK, NY 10025-5325
US
Phone: 212 531 0361
Fax: 123 123 1234

**Record expires on** 18-Jul-2012
**Record created on** 18-Jul-2000



**NEW!
VPS
HOSTING**

Get the power of a dedicated server at a fraction of the cost. LEARN MORE

Choose Your Domain Name Provider Wisely and Transfer Domains for $9.99/yr

Learn the do's and don'ts of search engine optimization. Download our *Guide to Getting Found Online* now.

Learn the Secrets of Search Engine Optimization

Attend our SEO Seminar

Learn More »

Search Engines

TOP SECRET



think local

Help your customers find you. Take advantage of a free ThinkLocal listing today.

Join Now!

It's smart to ThinkLocal™

**Database last updated on** 03-Oct-2006

**Domain servers in listed order:**          Manage DNS

NS93.WORLDNIC.COM          205.178.190.47
NS94.WORLDNIC.COM          205.178.189.47

Show underlying registry data for this record

| | | |
|---|---|---|
| **Current Registrar:** | NETWORK SOLUTIONS, LLC. | |
| **IP Address:** | 208.106.154.167 (ARIN & RIPE IP search) | Search ⇒ |
| **IP Location:** | US(UNITED STATES)-ARIZONA-PHOENIX | |
| **Record Type:** | Domain Name | |
| **Server Type:** | IIS 6 | |
| **Lock Status:** | clientTransferProhibited | |
| **Web Site Status:** | Active | |
| **DMOZ** | 1 listings | |
| **Y! Directory:** | see listings | **SEARCH AGAIN** |
| **Web Site Title:** | GMAT Preparation Courses - Manhattan GMAT | |
| **Meta Description:** | Manhattan GMAT offers advanced GMAT prep courses, live interactive online resources, free GMAT practice tests, and private instruction. | **Enter a search term:**<br>e.g. networksolutions.com |
| **Meta Keywords:** | GMAT prep, class, course, practice, test, score, online, exam, free gmat | **Search by:**<br>◉ Domain Name<br>○ NIC Handle<br>○ IP Address |
| **Secure:** | Yes | |
| **E-commerce:** | Yes | Search ⇒ |
| **Traffic Ranking:** | 4 | |
| **Data as of:** | 30-Nov-2007 | |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

© Copyright 2008 Network Solutions. All rights reserved.

    



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

# EXHIBIT J

 Window on State Government 

**Susan Combs** Texas Comptroller of Public Accounts

<u>Corporation Search Results</u>

# Franchise Tax Certification of Account Status

### This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity</u>.

| Certification of Account Status | | Officers And Directors Information | |
|---|---|---|---|
| Company Information: | | **MO MEDIA LLC**<br>3827 PHELAN BLVD # 179<br>BEAUMONT, TX 77707-2243 | |
| Status: | | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through May 15, 2008** | |
| Registered Agent: | | PAUL OWENS<br>11701 CRESTWOOD ST.<br>LUMBERTON, TX 77657 | |
| Registered Agent Resignation Date: | | | |
| State of Incorporation: | | TX | |
| File Number: | | 0800214918 | |
| Charter/COA Date: | | June 17, 2003 | |
| Charter/COA Type: | | Charter | |
| Taxpayer Number: | | 10107639857 | |

Texas Online   Statewide Search from the Texas State Library   State Link Policy   Texas Homeland Security

**Susan Combs**, Texas Comptroller  •  Window on State Government  •  Contact Us
Privacy and Security Policy   Accessibility Policy   Link Policy   Public Information Act   Compact with Texans

2/11/2008 6:37 PM



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

### SUSAN COMBS · COMPTROLLER · AUSTIN, TEXAS 78774

February 11, 2008

## CERTIFICATE OF ACCOUNT STATUS

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Susan Combs, Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY that according to the records of this office

**MO MEDIA LLC**

is, as of this date, in good standing with this office having no franchise tax reports or payments due at this time. This certificate is valid through the date that the next franchise tax report will be due May 15, 2008.

This certificate does not make a representation as to the status of the corporation's Certificate of Authority, if any, with the Texas Secretary of State.

This certificate is valid for the purpose of conversion when the converted entity is subject to franchise tax as required by law. This certificate is not valid for the purpose of dissolution, merger, or withdrawal.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 11th day of
February 2008 A.D.

Susan Combs
Texas Comptroller

Taxpayer number: 10107639857
File number: 0800214918

Form 05-304 (Rev. 02-03/14)

 Window on State Government

Susan Combs  Texas Comptroller of Public Accounts



<u>Corporation Search Results</u>

## Officers and Directors
### MO MEDIA LLC

<u>Return to: Corporation Search Results</u>

Officer and director information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.state.tx.us or Comptroller of Public Accounts, Open Government Division, PO Box 13528, Austin, Texas 78711.

| Title: | Name and Address: | Expiration/Resignation Date: |
| --- | --- | --- |
| *OWNER* | **PAUL OWENS**<br>11701 CRESTWOOD ST<br>LUMBERTON , TX 77657 | |
| *OWNER* | **PETER MORRISON**<br>319 TYLER DR<br>LUMBERTON , TX 77657 | |

Texas Online   Statewide Search from the Texas State Library │ State Link Policy │ Texas Homeland Security

**Susan Combs**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy │ Accessibility Policy │ Link Policy │ Public Information Act │ Compact with Texans

# EXHIBIT K

# Morrison Media LLC

**The World's Most Comprehensive Test Preparation Company™**

Customer Service

Contact Infomation

Institutional Sales

FAQ

Testimonials

Mission & History

Flashcards

Study Guides

Affiliate Program

Link to Us

About Us

Morrison Media Home



Monday, February 11, 2008

Welcome to the Morrison Media LLC Corporate Website.

**Please click here for customer service inquiries.**

Morrison Media LLC is a privately held educational publishing firm based in southeast Texas. A member of the Better Business Bureau, Morrison Media researches, develops, produces and retails test preparation products to test-takers all over the world. Our mission is **"Effective, Affordable, Guaranteed"** and our products and business practices reflect these core values.

At Morrison Media, we help people achieve their dreams by providing the highest quality test prep and career information.

We're very proud of our people and our products, and we appreciate your interest in our company.

Sincerely,

*Peter*

Peter Morrison
President, Morrison Media LLC





*Information* that Delivers **Results**

"Unless we faithfully, consistently, and honestly deliver the promised result to a customer, we don't deserve to be in business..."

**Peter Morrison**
President
Morrison Media LLC

Morrison Media provides test preparation products for a variety of examinations- all trademarks are property of their respective trademark owners.
PRIVACY POLICY - TERMS OF USE - DISCLAIMERS
All content on this website is Copyright © 2007 Morrison Media LLC
3827 Phelan #179
Beaumont, TX 77707

# Morrison Media LLC

### The World's Most Comprehensive Test Preparation Company™

Customer Service

Contact Infomation

Institutional Sales

FAQ

Testimonials

Mission & History

Flashcards

Study Guides

Affiliate Program

Link to Us

About Us

Morrison Media Home

BBBOnLine
RELIABILITY
PROGRAM

## Morrison Media Flashcards Directory

Flashcards G-M

GACE Test: GACE Exam Flashcard Secrets, Georgia Assessment for the Certification of Educators
Gas Hearth Systems Exam: Gas Hearth Systems Exam Flashcard Secrets, Gas Hearth Systems Test
GED Test: GED Exam Flashcard Secrets, Graduation Equivalency Degree
GMAT Test: GMAT Exam Flashcard Secrets, Graduate Management Admissions Test
GRE Test: GRE Exam Flashcard Secrets, Graduate Record Examinations, GRE General Test
HESI A2 Test: HESI A2 Exam Flashcard Secrets, Health Education Systems, Inc.
HOBET Test: HOBET Exam Flashcard Secrets, Health Organization Basic Entrance Test
Home Inspector Test: Home Inspector Exam Flashcard Secrets
HSPT Test: HSPT Exam Flashcard Secrets, High School Placement Test
IBLCE Test: IBLCE Exam Flashcard Secrets, International Board of Lactation Consultant Examiners
ISEE Test: ISEE Exam Flashcard Secrets, Intermediate School Entrance Exam
Limited Scope of Practice in Radiography Exam: Limited Scope of Practice in Radiography Exam Flashcard Secrets, Limited Scope of Practice in Radiography Test
LNCC & CLNC Test: LNCC & CLNC Exam Flashcard Secrets, Legal Nurse Consultant Certification, Certified Legal Nurse Consultant
Loan Officer Test: Loan Officer Exam Flashcard Secrets
LSAT Test: LSAT Exam Flashcard Secrets, Law School Admission Test
Mammography Exam: Mammography Exam Flashcard Secrets, Mammography Test
MAT Test: MAT Exam Flashcard Secrets, Miller Analogy Test
MCAT Test: MCAT Exam Flashcard Secrets, Medical College Admission Test
Medical Surgical Test: Medical Surgical Exam Flashcard Secrets, Med-Surg, MS
Medical Technologist Test: Medical Technologist Exam Flashcard Secrets, MT
MFT Test: MFT Exam Flashcard Secrets, Examination in Marital and Family Therapy, Marriage and Family Therapy, MFT National Exam
MLT Test: MLT Exam Flashcard Secrets, Medical Laboratory Technician
MTEL Exam: MTEL Exam Flashcard Secrets, Massachusetts Tests for Educator LicensureMultistate Bar Exam: Multistate Bar Exam Flashcard Secrets, MBE Test
Music Therapy Test: Music Therapy Exam Flashcard Secrets, MT-BC, Music Therapist, Board-Certified

Morrison Media provides test preparation products for a variety of examinations- all trademarks are property of their respective trademark owners.
PRIVACY POLICY - TERMS OF USE - DISCLAIMERS
All content on this website is Copyright © 2007 Morrison Media LLC
3827 Phelan #179
Beaumont, TX 77707

# EXHIBIT L



NetworkSolutions.

**Call us 1-800-333-7680**    Shopping Cart
Login    Help

## WHOIS Search Results

Available **mo-media** extensions:



| .us | .mobi | .info | .tv | .eu | .bz |
|-----|-------|-------|-----|-----|-----|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

[ Order Selected Domain(s) ⧉ ]



**NEW! VPS HOSTING**

Get the power of a dedicated server at a fraction of the cost. [LEARN MORE ⧉]

### Your WHOIS Search Results



**mo-media.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - **Try to get this name when it becomes available.**

SSL Certificates - Get peace of mind with a secure certificate.

Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

Choose Your Domain Name Provider Wisely and **Transfer Domains for $9.99/yr**

**Learn the do's and don'ts of search engine optimization. Download** our **Guide to Getting Found Online** now.

**Learn the Secrets of Search Engine Optimization**

Attend our **SEO Seminar**

[ Learn More ⧉ ]

Search Engines

TOP SECRET





think local

Help your customers find you. Take advantage of a free ThinkLocal listing today!

[ Join Now! ]

It's smart to ThinkLocal™

The data contained in GoDaddy.com, Inc.'s Whois database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, Inc. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" field. In most cases, GoDaddy.com, Inc. is not the registrant of domain names listed in this database.

Registrant:
Morrison Media LLC Morrison Media LLC
3827 Phelan #179
Beaumont, Texas 77707
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: MO-MEDIA.COM
    Created on: 08-Oct-02
    Expires on: 08-Oct-16
    Last Updated on:

Administrative Contact:
Morrison Media LLC, Morrison Media LLC  productdev@mo-media.com
3827 Phelan #179
Beaumont, Texas 77707
United States
8006738175    Fax --

Technical Contact:
Morrison Media LLC, Morrison Media LLC  productdev@mo-media.com
3827 Phelan #179
Beaumont, Texas 77707
United States
8006738175    Fax --

Domain servers in listed order:
NS0.DNSMADEEASY.COM
NS1.DNSMADEEASY.COM
NS2.DNSMADEEASY.COM
NS3.DNSMADEEASY.COM
NS4.DNSMADEEASY.COM

Search ⟩

The previous information has been obtained either directly from the registrant or a
registrar of the domain name other than Network Solutions. Network Solutions, therefore,
does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | GODADDY.COM, INC. |
| IP Address: | 66.230.204.29 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-NEW YORK-NEW YORK |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ: | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 4 |
| Data as of: | 30-Nov-2007 |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name
○ NIC Handle
○ IP Address

Search ⟩

your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for information
purposes only, and to assist persons in obtaining information about or related to a domain
name registration record. Network Solutions does not guarantee its accuracy. By submitting a
WHOIS query, you agree to abide by the following terms of use: You agree that you may use
this Data only for lawful purposes and that under no circumstances will you use this Data to:
(1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high
volume, automated, electronic processes that apply to Network Solutions (or its computer
systems). The compilation, repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of Network Solutions. You agree not to use
high-volume, automated, electronic processes to access or query the WHOIS database.
Network Solutions reserves all rights and remedies it now has or may have in the future,
including, but not limited to, the right to terminate your access to the WHOIS database in its
sole discretion, for any violations by you of these terms of use, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise abide by these terms
of use. Network Solutions reserves the right to modify these terms at any time.

 PerformanceClicks™ from
Network Solutions

 Need to get your business

 **online?**
Our professional designers
can build a custom Web site
for your business.
$11.95/month, plus a $499.00
design fee

     



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.

# EXHIBIT M



**Office of the Secretary of State**
**Corporations Section**
**P.O. Box 13697**
**Austin, Texas 78711-3697**
**(Form 503)**

Filed in the Office of the
Secretary of State of Texas
Filing #: 800214918 4/22/2005
Document #: 88746090003
Image Generated Electronically
for Web Filing

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1.  The name of the corporation, limited liability company, limited partnership, or registered limited liability partnership as stated in its articles of incorporation, articles of organization, certificate of limited partnership, application for certificate of authority or comparable document is

    MO Media LLC

2.  The assumed name under which the business or professional service is or is to be conducted or rendered is

    Morrison Media LLC

3.  The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is TEXAS  and the address of its registered or similar office in that jurisdiction is:  1160 Stacewood, Beaumont, TX, USA 77706

4.  The period, not to exceed 10 years, during which the assumed name will be used is (enter number of years or a date of expiration): 04/22/2015

5.  The entity is a (check one):
    A.
    ☐ Business Corporation                  ☐ Non-Profit Corporation
    ☐ Professional Corporation              ☐ Professional Association
    ☑ Limited Liability Company             ☐ Limited Partnership
    ☐ Registered Limited Liability Partnership

5.  B. If the entity is some other type business, professional or other association that is incorporated, please specify below. (e.g., bank, savings and loan association, etc.)

6.  If the entity is required to maintain a registered office in Texas, the address of the registered office is

    1160 Stacewood, Beaumont, TX, USA 77706

    and the name of its registered agent at such address is.

    Peter Morrison

    The address of the principal office (if not the same as the registered office) is

7.   If the entity is not required to or does not maintain a registered office in Texas, the office
     address in Texas is

     _____

     and if the entity is not incorporated, organized or associated under the laws of Texas, the
     address of its place of business in Texas is

     _____

     and the office address elsewhere is

     _____

8.   The county or counties where business or professional services are being or are to be
     conducted or rendered under such assumed name are (if applicable, use the designation
     "ALL" or list the specific county or counties below.)

     ALL COUNTIES
     _____

9.   The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the
     entity has duly authorized the attorney-in-fact in writing to execute this document.


                              MO Media LLC
                              **Name of the entity**



By:  Peter Morrison

                              **Signature of officer, general partner, manager,**
                              **representative or attorney-in-fact of the entity**


<u>**NOTE**</u>

**This form is designed to meet statutory requirements for filing with the secretary of state and is not designed to
meet filing requirements on the county level. Filing requirements for assumed name documents to be filed with
the county clerk differ. Assumed name documents filed with the county clerk are to be executed and
acknowledged by the filing party, which requires that the document be notarized.**

**FILING OFFICE COPY**

# EXHIBIT N



Morrison Media LLC - 3827 Phelan #179 - Beaumont, TX 77707 - <u>Customer Support</u> - <u>Buy Now</u>

# NYSTCE Secrets Study Guides

*"How to Ace your New York State Teacher Certification Examinations (NYSTCE), using my easy step-by-step NYSTCE test study guides, without weeks and months of endless studying..."*

Dear Friend,

If you'd like to get the NYSTCE test score you deserve, to quit worrying about whether you can score "high enough," and to beat the certification game so you can qualify to get your dream job, then this might be the most important message you read this year.

Our comprehensive NYSTCE test study guides are written by our NYSTCE experts, who painstakingly researched every topic and concept you need to know to ace your NYSTCE test. Our original research into the New York State Teacher Certification Examinations (NYSTCE) reveals specific weaknesses that you can exploit to increase your NYSTCE test score more than you've ever imagined.

Regardless of which NYSTCE test you have to take- you have come to the right place. Here you will find everything you need to know in order to be successful and get your certification.

Now, I know you're probably skeptical. That's normal and healthy. Let me give you three good reasons we can back up what we claim:

## Three Reasons To Believe What I Say

<u>Reason one:</u>

In case you don't already know me, my name is Peter Morrison and I manage a team of standardized test researchers who set out to find and exploit the weaknesses of the NYSTCE. I have very strict standards for who gets to work on the team- I demand the best for my customers, and only those who met my exacting standards made the cut.

My company's name is Morrison Media LLC, and we maintain a dedicated research staff that have years of combined experience in cracking the code of the toughest exams.

<u>Reason two:</u>

Some academic studies have revealed that test takers do not really benefit from traditional test preparation. But we knew there had to be a solution- if test takers were not doing well on the NYSTCE despite high intelligence, there had to be a set of secret keys to the test that would open the door of success for these test takers.

We believe we have succeeded in finding the secret keys of this exam. What we found was surprising, and in some cases <u>ridiculously simple</u> once explained to the average test taker.

We put our findings together in a thorough, concise study guide that we believe allows any test taker, at any skill level, to **improve his or her results dramatically** with a *minimum of effort.*

Reason three:

I created this product in part because I was sick of the options available to test takers who really wanted to do well on the NYSTCE.

A common approach is to TEACH the material, instead of TEACHING THE TEST. That's not necessarily good enough for the NYSTCE- you have to know how to apply the knowledge. Most test takers already have a general knowledge of what will be covered on the exam.

One reason some test takers do well on test day is that they have made the critical connection between the material they learned and how to use that material to succeed on the NYSTCE.

Our guide addresses the difference between merely knowing the material and knowing how to use the material to <u>perform on test day</u>.

You're going to save time, money, and aggravation. You'll learn to avoid the mistakes and bad strategies that you've been vulnerable to. Just for starters, here are some ways our product can help your NYSTCE score...

## Exclusive Test Taking Techniques

- Explains how the NYSTCE time limits are the #1 enemy of most test takers, and what you can do about it- You avoid falling into the many "time traps" built into the test, giving you an immeasurable advantage over those who go into the test unaware

- Shows you super speed methods to get through the questions you know with ease- Saving you time so you concentrate on the hardest questions without rushing

- Get quick, customized help for any questions you have- just send us a quick email and we'll get back to you promptly with an answer.

- Keys to questions that "give away" wrong (or right) answers- You get credit for some questions without really even knowing anything about them

- Details the EXACT STUDY PLAN for the NYSTCE that we believe gives the most results in the least time- No matter if you're studying for a week or a month, you won't waste your time on useless activities

- Our researchers are more than just academic theoreticians who understand the technical nature of standardized tests, but are also experts on test taking itself- they reveal the exact skills and information you'll need to perform under pressure on test day.

- A systematic analysis and breakdown into "plain language" of how to deconstruct and master complex problems- You turn problems that most test takers stumble over to your advantage

- Learn why, when, and how to guess to your advantage

- The secret keys that "gives away" the right answer a lot of the time- You know the special "flags" and "giveaways" to look for

- Includes detailed instructions on how to get started so you can begin improving your scores immediately

- Our most efficient and accurate method for picking the right answer- You won't be scratching your head trying to read the mind of the question writer, but will instead know exactly what to look for to pick the best answer

- Our quick problem solving method for difficult problems- You speed right through these notorious time-wasters

- Courteous, unlimited customer service is 100% free- if you need the product emailed to a

different address, lose the product, or have any other difficulty- help is just a short email away and our representatives are active 7 days a week helping customers

- Our research is 100% independent and original- you won't find our material in any of the conventional sources

- Our exclusive "calibration strategy" to help you never go too fast OR too slow when answering questions

- Our 5-step process that uses a "phased" approach to the use of study aids and practice tests

- How procrastination can kill your chance of success, and what to do about it

- How to know when you've studied as much as you need to- and why we think some people should spend LESS time studying

- The Top 20 things you should take care of within 24 hours of your test- use this list as a checklist to make sure you've taken care of the "little things" in addition to studying hard

- How to predict the right answer before you see the answer choices- and how to prevent wrong answers from "polluting" your mind and tempting you into a trap designed by the test writers

- Why answers that "sound" correct are often wrong- and how to tell the difference between right answers and clever-sounding traps

- Our "benchmark" method for deciding which answer choice to pick

- How random bits of information often "give away" the right answer in questions

- How to "milk the question" for clues to the right answer even if you have no idea what it is asking about

- How to avoid panicking when you don't know the answer to a question- we offer a systematic method that will serve as a "lifeline" when you need help

- What to do about tough questions that you have no clue how to answer- don't just give up, use our advice to make sure you give yourself the best chance of getting the right answer

- How to use our brainstorming method to get "inside the question" and reveal hard-to-find clues and things you didn't realize you knew

- Do you know what a "hedge phrase" is? Learn why looking for these key "weasel words" can help identify correct answers

- Why "new information" in answer choices almost always means that the answer choice is wrong- and how to avoid this trick planted by clever test writers

- Learn to avoid this time-draining mistake on tests- why technical terms you don't know can be a major stumbling block and waste precious time, and how to work around them

- The secret to using contextual clues to make important distinctions between right and wrong answer choices

- Two situations where you should NOT check your answers thoroughly

- How to avoid careless mistakes by using our quick "double check" system that will more than pay for itself relative to the time it will take you

- Test writers will often quote directly from the question in an answer- learn whether this is something you should trust or avoid

- Why "extreme statements" in answer choices are dead giveaways for wrong answers- find out how to detect the subtle differences between reasonable answers and those that are almost always wrong

- Learn how to group your answer choices into "families" that often narrows down the pool of correct answers- this is a quick way to immediately eliminate one or two answer choices and increase your odds of getting the question right

Now, you're probably wondering how and why we can do all those things.

Let me explain.

Before we go any further, let me clarify what **NYSTCE Secrets** is not. It is not a stale rehash of all of the things you have already learned.

**NYSTCE Secrets** is our exclusive collection of tips and information specially selected to give you the best results on the NYSTCE for the least time spent studying. It's written in everyday language and is easy to use.

We cover the 5 essential skills necessary to do well on the NYSTCE, plus a comprehensive review covering your specific NYSTCE test.

## Don't take my word for it.
## Listen to what our customers say about other Morrison Media products.

I purchased your Secrets file, and I just wanted to let you know that I got a 99% on my test. I just want to thank you again, and hope you have continued success in your ventures. Sincerely, Paul L.

My name is Chris. I used the Secrets study guide for five days. The study guide made the test so easy to understand. Like you said this program is worth 100's of dollars. To me 1,000's!! THANKS, Chris G.

I just had to thank you guys for the test prep! I bought the guide as a last minute prep, I mean maybe 5 hours before the test. Like I said, I had ZERO preparation! I was nervous about the test let alone receiving the score I needed. I read the guide through only once before test time and needless to say, the only way I passed was thanks to your refresher!! Brian

Just dropping you a note to let you know that I am completely satisfied with the product. I had already taken the test once and landed in the 75 percentile of those taking it with me. I took the test a second time and used some of your tips and raised my score to the 97 percentile. Thanks for my much improved score. Denise W.

I heard about your website from a friend. I am enrolled in a review course, and in hindsight, I wish I wouldn't have taken my review course and instead spent a fraction of the money on your program. Thank you! Zac L.

To read even more testimonials, click here

## Warning: Always Look for These 6 Criteria

There is a lot of confusion surrounding studying for the NYSTCE, and standardized tests in general. In our opinion, these are the 6 criteria you should always look for in a study guide for the NYSTCE:

**One:** It must be written by writers who have painstakingly researched the topics and concepts needed to succeed on the NYSTCE. The blind cannot hope to lead the blind.

**Two:** It must be written in easy-to-use everyday language so all test takers can access the information.

**Three:** It should be to-the-point, with no fluff to distract the test taker from the truly important information.

**Four:** It must address the test first, the material second. If the material was the only thing that was

important, then every test taker that understood the material should get a perfect score- that doesn't happen because there's a difference between simply knowing what's on the test and test performance. You want a study guide to close that gap.

**Five:** It must motivate the test taker to actually study. If it's hard to read, studying is slow and painful, and will produce meager results.

**Six:** The guide must be guaranteed- if you don't pass with flying colors, you get your money back- no questions asked.

## You get at least 10 times your money's worth!

When you consider what's at stake with your exam, we believe the value of our study guide gives you at least ten times your money's worth.

In summary, here's what you get:

When you buy **NYSTCE Secrets**, it includes-

**The 5 Secret Keys to NYSTCE Success:**

- Time is Your Greatest Enemy
- Guessing is Not Guesswork
- Practice Smarter, Not Harder
- Prepare, Don't Procrastinate
- Test Yourself

**Introduction to the NYSTCE Series including:**

- NYSTCE Assessment Explanation
- Two Kinds of NYSTCE Assessments

**A comprehensive General Strategy review including:**

- Make Predictions
- Answer the Question
- Benchmark
- Valid Information
- Avoid "Fact Traps"
- Milk the Question
- The Trap of Familiarity
- Eliminate Answers
- Tough Questions
- Brainstorm
- Read Carefully
- Face Value
- Prefixes
- Hedge Phrases
- Switchback Words
- New Information
- Time Management
- Contextual Clues
- Don't Panic
- Pace Yourself
- Answer Selection
- Check Your Work
- Beware of Directly Quoted Answers
- Slang
- Extreme Statements

- Answer Choice Families

**Along with a complete, in-depth study guide for your specific NYSTCE exam**

plus other special tips and secrets to help you prepare for your exam...

This comprehensive package is available to you at the incredibly low price of $39.95.

### Receive the Following Bonuses

Since I know it's 100% to your benefit to use our study guide, I want to sweeten the pot and give you every possible reason to say YES! With your order, you'll also receive the following:

##  Bonus One

*How to Overcome Test Anxiety-* Do you get really nervous before important tests? If so, you could be suffering from a mild form of what's known as "test anxiety." This report gives you important research into test anxiety, including our exclusive tips on how to make your test-taking experience as stress-free as possible while maximizing your score.

## Bonus Two

*How to Handle Special Events-* Class Parties, art projects, Christmas, Thanksgiving....Do the holidays and special events ever really end? Find out what to do to make your next special event and holiday festivity a huge success. Even if you're not normally creative, with these ideas, you'll be able to throw together projects so creative, you'll have the whole school copying your techniques...

## Bonus Three

*Preparing to Teach-* The biggest problem many teachers face in their job or their future job is that while they know what to do, they're not sure of the best way to do it. There is so much misinformation about what is important and what isn't that we thought we should go over the essentials. Our exclusive teacher preparation overview will give you detailed suggestions and tools to help you become a better teacher.

## Bonus Four

*Written Assignments for Problem Situations-* students can misbehave in any number of ways, and it's important that you have a system in place to deal with each type of misbehavior. These written assignments give you a handy tool to use whenever a student has an attitude problem, or makes a sudden disruptive outburst in class. They will get your point across and help ensure your students will always exhibit good behavior...

## Bonus Five

*What Your Test Score Can Tell You About Your IQ-* Did you know that standardized tests are structured to give a statistical "picture" just like an IQ test? In this report, we explain in easy-to-understand language how you can take your percentile score and convert that to your "test IQ"- you'll know exactly what your IQ is relative to others taking the test using our simple table- we've done all the complicated math, you just look it up.

## Bonus Six

*Should You Retake Your Test?-* There's a lot of confusion with regards to whether you should

retake your test or not. This report shows you how to handle this complex question based on your personal situation.

 ## Bonus Seven

*How to Eliminate the Blame Game-* "It's not my fault, I didn't know!" Any teacher that has been in a classroom has heard this and other excuses more times than they can count. I'll show you a few techniques that will eliminate 99% of the excuses you can expect from students and parents alike. Don't get backed into a corner and not know how to respond. You'll be able to eliminate the blame game, and it's easier than you ever thought possible...

## Bonus Eight

*Financial Advice You Won't Want to Miss-* "Where did my paycheck go?" As a teacher, you're definitely not in a high paying job. It's so easy to wonder just what happened to your paycheck - it seems to disappear all too quickly. In this special report, you'll get straight talk about some tough subjects, and can save yourself thousands of dollars, and potentially take years off of your teaching career...

## Bonus Nine

**Special Bonus for NYSTCE Secrets Customers:**

*Teaching Secrets-* If your teaching career is a concern for you, then we'd like to also give you a copy of *Teaching Secrets*, a fun-to-read guide that goes into detail about the challenges of teaching and classroom management:

- How to maintain discipline in the classroom regardless of what happens and how out of control your class might be

- Discover how this one technique can eliminate nearly all of the excuses that your creative test takers can throw out at you

- The ONE critical attitude you must communicate to test takers and parents in order to establish yourself in charge of the classroom

- How to take any trouble test taker and get them on your side - no matter how wild they might act, they will become putty in your hands

*Teaching Secrets* is written by a teaching veteran with over 30 years of experience in the classroom. With her insightful comments and humorous writing style, you're guaranteed to learn useful information and have fun as you read. *Teaching Secrets* normally retails for $29.95, but is here available completely free along with your regular purchase of a copy of *NYSTCE Secrets*.

## Bonus Ten

<u>LIFETIME VALUE FREE BONUS</u>

**LIFETIME Free Upgrades And Product Replacement-** at Morrison Media, we're continually updating and improving our product to reflect the current version of the test. As a Morrison Media customer, you are entitled to free, lifetime updates of your product.

If there is ever a change to the test, or you would just like to get the latest copy (or even if you've lost your copy!) just send us an email and we'll cheerfully send you the latest version of the product via email, for free!

By the way, these bonuses are yours to keep even in the unlikely event you decide to take advantage of our ironclad money-back guarantee:

## You can't lose with our 100%, ironclad, moneyback guarantee

I insist that you order **NYSTCE Secrets** entirely at my risk. That's why it comes with a Risk-Free, 1-year 100% Money-Back Guarantee. There's absolutely NO RISK on your part. Why am I going to such great lengths?

Even though I am absolutely confident in the quality of our study manual and its ability to help you get the results you deserve, I want to completely eliminate any remaining doubts or concerns.

So go ahead and order your copy of **NYSTCE Secrets** today. Read it, use it, and profit from it. If you use any one of our secrets, and somehow fail to recoup your small investment in the form of the test result you want - send me an email at support@morrisonmedia.com, and you get an immediate 100% refund of your purchase price.

Now let me take this guarantee one step further. If you don't like this exclusive book for ANY reason you can return it for an immediate 100% refund of your purchase price. And remember, this is a 1 year guarantee. You're free to return it at any time, for any reason, up to one year after your purchase- no hassle, no questions asked.

I understand that it may be hard for you to believe that this sort of information really exists- something that is unconditionally guaranteed to work or your money back, and is being offered at such a low price. If you don't mind, let me speak from the heart and I'll let you in on one of my main motivations:

**I'm sick and tired of good people losing opportunities because of a test score.**

A good test score opens doors- and when a door doesn't open, dreams and ambitions die, and I think that's a horrible thing.

If you think there's even the smallest chance that this material will help you, you owe it to yourself to try out my product. Don't let fear or doubt stand in the way of what could be your best opportunity to achieve the test score you need to fulfill the dream you deserve.

What I'm saying is, <u>don't decide now if this product is for you</u>. Just get it and try it out. If it doesn't do everything I say and more, if you don't save time, money, and frustration, if it isn't what you thought it was, if it doesn't work for you, you have nothing to worry about because you can get every dime of your money back under our no-loopholes guarantee. So you have nothing to lose and everything to gain.

## Get the **NYSTCE Secrets** Study Guide
## Here's how to order right now!

**NYSTCE Secrets** can be ordered directly from this site. Your copy will typically ship within one business day from our shipping facility.

Or, if you prefer, you can order your study guide as an instantly downloadable ebook. It doesn't require any special software- if you can read this web page, and have access to a computer, you have all you need to start using and applying **NYSTCE Secrets** in just five minutes. You don't have to wait for anything to come in the mail. Download **NYSTCE Secrets** to your computer immediately!

Both versions are the same price and contain the same information- if you need instant access and are comfortable with ebooks, order the ebook. If you prefer a physical book and can wait for the product to arrive in the mail, order the printed book.

**It's easy to order your copy of NYSTCE Secrets. Just click one of the links below.**



| Click here to order a Printed Book | Click here to order an Instant Download Ebook |
|---|---|
| NYSTCE: Liberal Arts and Sciences Content Specialty Test (LAST) (Field 001) (printed book) | NYSTCE: Liberal Arts and Sciences Content Specialty Test (LAST) (Field 001) (instant download ebook) |
| NYSTCE: Multi-Subject Content Specialty Test (Field 002) (printed book) | NYSTCE: Multi-Subject Content Specialty Test (Field 002) (instant download ebook) |
| NYSTCE: Agriculture Content Specialty Test (Field 068) (printed book) | NYSTCE: Agriculture Content Specialty Test (Field 068) (instant download ebook) |
| NYSTCE: Assessment of Teaching Assistant Skills (ATAS) (Field 095) (printed book) | NYSTCE: Assessment of Teaching Assistant Skills (ATAS) (Field 095) (instant download ebook) |
| NYSTCE: Biology Content Specialty Test (Field 006) (printed book) | NYSTCE: Biology Content Specialty Test (Field 006) (instant download ebook) |
| NYSTCE: Business and Marketing Content Specialty Test (Field 069) (printed book) | NYSTCE: Business and Marketing Content Specialty Test (Field 069) (instant download ebook) |
| NYSTCE: Chemistry Content Specialty Test (Field 007) (printed book) | NYSTCE: Chemistry Content Specialty Test (Field 007) (instant download ebook) |
| NYSTCE: Communication and Quantitative Skills (Field 080) (printed book) | NYSTCE: Communication and Quantitative Skills (Field 080) (instant download ebook) |
| NYSTCE: Earth Science Content Specialty Test (Field 008) (printed book) | NYSTCE: Earth Science Content Specialty Test (Field 008) (instant download ebook) |
| NYSTCE: Elementary Assessment of Teaching Skills-Written (Field 090) (printed book) | NYSTCE: Elementray Assessment of Teaching Skills-Written (Field 090) (instant download ebook) |
| NYSTCE: English Content Specialty Test (Field 003) (printed book) | NYSTCE: English Content Specialty Test (Field 003) (instant download ebook) |
| NYSTCE: English to Speakers of Other Languages (Field 022) (printed book) | NYSTCE: English to Speakers of Other Languages (Field 022) (instant download ebook) |
| NYSTCE: Family and Consumer Sciences (Field 072) (printed book) | NYSTCE: Family and Consumer Sciences (Field 072) (instant download ebook) |
| NYSTCE: Health Education Content Specialty Test (Field 073) (printed book) | NYSTCE: Health Education Content Specialty Test (Field 073) (instant download ebook) |
| NYSTCE: Library Media Specialist (Field 074) (printed book) | NYSTCE: Library Media Specialist (Field 074) (instant download ebook) |
| NYSTCE: Literacy (Field 065) (printed book) | NYSTCE: Literacy (Field 065) (instant download ebook) |
| NYSTCE: Mathematics Content Specialty Test (Field 004) (printed book) | NYSTCE: Mathematics Content Specialty Test (Field 004) (instant download ebook) |
| NYSTCE: Music Content Specialty Test (Field 075) (printed book) | NYSTCE: Music Content Specialty Test (Field 075) (instant download ebook) |

| | |
|---|---|
| **NYSTCE: Physical Education Content Specialty Test (Field 076) (printed book)** | **NYSTCE: Physical Education Content Specialty Test (Field 076) (instant download ebook)** |
| **NYSTCE: Physics Content Specialty Test (Field 009) (printed book)** | **NYSTCE: Physics Content Specialty Test (Field 009) (instant download ebook)** |
| **NYSTCE: Secondary Assessment of Teaching Skills Written (Field 091) (printed book)** | **NYSTCE: Secondary Assessment of Teaching Skills Written (Field 091) (instant download ebook)** |
| **NYSTCE: Social Studies Content Specialty Test (Field 005) (printed book)** | **NYSTCE: Social Studies Content Specialty Test (Field 005) (instant download ebook)** |
| **NYSTCE: Students with Disabilities (Field 060) (printed book)** | **NYSTCE: Students with Disabilities (Field 060) (instant download ebook)** |
| **NYSTCE: Visual Arts (Field 079) (printed book)** | **NYSTCE: Visual Arts (Field 079) (instant download ebook)** |

If you have a problem ordering via our secure server, please send an email to support@morrisonmedia.com and we will be sure to get it working for you.

If you would like to order through the mail, click here to order NYSTCE Secrets study guide by check or money order.

To your success,

Peter Morrison
President, Morrison Media LLC

P.S.- Click here only if you've decided NOT to order.

# EXHIBIT O



Morrison Media LLC · 3827 Phelan #179 · Beaumont, TX 77707 · <u>Customer Support</u> · <u>Buy Now</u>

# CUNY Exam Secrets Study Guides

*"How to Ace the CUNY Proficiency Exam (CPE) &
CUNY/ACT Skills Assessment Tests (CSAT), using my
easy step-by-step CUNY test study guides, without
weeks and months of endless studying..."*

Dear Friend,

If you'd like to get the CUNY test score you deserve, to quit worrying
about whether you can score "high enough," and to beat the test taking
game so you can guarantee your future success, then this might be the most important message
you read this year.

Our comprehensive CUNY test study guides are written by our CUNY test prep experts, who
painstakingly researched every topic and concept you need to know to ace your CUNY test. Our
original research into the CUNY Proficiency Exam (CPE) & CUNY's Skills Assessment Tests
(CSAT), such as the CUNY/ACT Basic Skills Tests in Reading, Writing and Mathematics, reveals
specific weaknesses that you can exploit to increase your CUNY test score more than you've ever
imagined.

Now, I know you're probably skeptical. That's normal and healthy. Let me give you three good
reasons we can back up what we claim:

## Three Reasons To Believe What I Say

<u>Reason one:</u>

In case you don't already know me, my name is Peter Morrison and I manage a team of
standardized test researchers who set out to find and exploit the weaknesses of the CUNY test. I
have very strict standards for who gets to work on the team- I demand the best for my customers,
and only those who met my exacting standards made the cut.

My company's name is Morrison Media LLC, and we maintain a dedicated research staff that have
years of combined experience in cracking the code of the toughest exams.

<u>Reason two:</u>

Some academic studies have revealed that test takers do not really benefit from traditional test
preparation. But we knew there had to be a solution- if test takers were not doing well on the CUNY
test despite high intelligence, there had to be a set of secret keys to the test that would open the
door of success for these test takers.

We believe we have succeeded in finding the secret keys of this exam. What we found was
surprising, and in some cases <u>ridiculously simple</u> once explained to the average test taker.

We put our findings together in a thorough, concise study guide that we believe allows any test
taker, at any skill level, to **improve his or her results dramatically** with a *minimum of effort*.

<u>Reason three:</u>

I created this product in part because I was sick of the options available to test takers who really wanted to do well on the CUNY test.

A common approach is to TEACH the material, instead of TEACHING THE TEST. That's not necessarily good enough for the CUNY test- you have to know how to apply the knowledge. Most test takers already have a general knowledge of what will be covered on the exam.

One reason some test takers do well on test day is that they have made the critical connection between the material they learned and how to use that material to succeed on the CUNY test.

Our guide addresses the difference between merely knowing the material and knowing how to use the material to perform on test day.

Before I explain, in detail, how my product will help you, I'd like to offer you a "sample" of our system in the form of an email course that we've designed to show how our techniques perform on real test questions:

---

### Free CUNY Exam Secrets Email Course:

**Day 1:** How to solve a reading problem with key word identification, synonym analysis and logical choice elimination.

**Day 2:** Understand a problem in word usage by choice grouping and independent perspective.

**Day 3:** Learn what it takes to master any topic on a writing assignment.

Sign up below...

**Name:** |_____

**Email:** |_____

Submit |

**Privacy Policy: We will never sell, rent, or barter your email address to an unauthorized third party. Period.**

---

You're going to save time, money, and aggravation. You'll learn to avoid the mistakes and bad strategies that you've been vulnerable to. Just for starters, here are some ways our product can help your CUNY test score...

## Exclusive Test Taking Techniques

- Explains how the CUNY test time limits are the #1 enemy of most students, and what you can do about it- You avoid falling into the many "time traps" built into the test, giving you an immeasurable advantage over those who go into the test unaware

- Shows you super speed methods to get through the questions you know with ease- Saving you time so you concentrate on the hardest questions without rushing

- Get quick, customized help for any questions you have- just send us a quick email and we'll get back to you promptly with an answer.

- Keys to questions that "give away" wrong (or right) answers- You get credit for some questions without really even knowing anything about them

- Details the EXACT STUDY PLAN for the CUNY test that we believe gives the most results in the least time- No matter if you're studying for a week or a month, you won't waste your time on useless activities

- Our researchers are more than just academic theoreticians who understand the technical nature of standardized tests, but are also experts on test taking itself- they reveal the exact skills and information you'll need to perform under pressure on test day

- A systematic analysis and breakdown into "plain language" of how to deconstruct and master difficult problems- You turn problems that most students stumble over to your advantage

- Learn why, when, and how to guess to your advantage

- The secret keys to questions that "gives away" the right answer a lot of the time- You know the special "flags" and "giveaways" to look for in this section

- Includes detailed instructions on how to get started so you can begin improving your scores immediately

- Our most efficient and accurate method for picking the right answer on the reading questions- You won't be scratching your head trying to read the mind of the question writer, but will instead know exactly what to look for to pick the best answer

- The 1-2-3-4 Method for Writing a Knockout Essay- You follow this simple method and the feared essay section becomes child's play

- Our quick problem solving method for problems with hedge words- You speed right through these notorious time-wasters

- Courteous, unlimited customer service is 100% free- if you need the product emailed to a different address, lose the product, or have any other difficulty- help is just a short email away and our representatives are active 7 days a week helping customers

- Our research is 100% independent and original- you won't find our material in any of the conventional sources

Now, you're probably wondering how and why we can do all those things.

Let me explain.

Before we go any further, let me clarify what *CUNY Exam Secrets* is not. It is not a stale rehash of all of the things you have already learned.

*CUNY Exam Secrets* is our exclusive collection of tips and information specially selected to give you the best results on the CUNY test for the least time spent studying. It's written in everyday language and is easy to use.

We cover the <u>5 essential skills</u> necessary to do well on the CUNY test, plus <u>comprehensive reviews</u> covering the individual test sections separately.

## Don't take my word for it.
## Listen to what our customers say about other Morrison Media products.

I purchased your Secrets file, and I just wanted to let you know that I got a 99% on my test. I just want to thank you again, and hope you have continued success in your ventures. Sincerely, Paul L.

My name is Chris. I used the Secrets study guide for five days. The study guide made the test so easy to understand. Like you said this program is worth 100's of dollars. To me 1,000's!! THANKS, Chris G.

I just had to thank you guys for the test prep! I bought the guide as a last minute prep, I mean

maybe 5 hours before the test. Like I said, I had ZERO preparation! I was nervous about the test let alone receiving the score I needed. I read the guide through only once before test time and needless to say, the only way I passed was thanks to your refresher!! Brian

Just dropping you a note to let you know that I am completely satisfied with the product. I had already taken the test once and landed in the 75 percentile of those taking it with me. I took the test a second time and used some of your tips and raised my score to the 97 percentile. Thanks for my much improved score. Denise W.

I heard about your website from a friend. I am enrolled in a review course, and in hindsight, I wish I wouldn't have taken my review course and instead spent a fraction of the money on your program. Thank you! Zac L.

To read even more testimonials, click here

## Warning: Always Look for These 6 Criteria

There is a lot of confusion surrounding studying for the CUNY test, and standardized tests in general. In our opinion, these are the 6 criteria you should always look for in a study guide for the CUNY test:

**One:** It must be written by writers who have painstakingly researched the topics and concepts needed to succeed on the CUNY test. The blind cannot hope to lead the blind.

**Two:** It must be written in easy-to-use everyday language so all test takers can access the information.

**Three:** It should be to-the-point, with no fluff to distract the test taker from the truly important information.

**Four:** It must address the test first, the material second. If the material was the only thing that was important, then every test taker that understood the material should get a perfect score- that doesn't happen because there's a difference between simply knowing what's on the test and test performance. You want a study guide to close that gap.

**Five:** It must motivate the test taker to actually study. If it's hard to read, studying is slow and painful, and will produce meager results.

**Six:** The guide must be guaranteed- if you don't pass with flying colors, you get your money back- no questions asked.

## You get at least 10 times your money's worth!

When you consider what's at stake with your exam, we believe the value of our study guide gives you at least ten times your money's worth.

In summary, here's what you get:

When you buy *CUNY Exam Secrets*, it includes-

**The 5 Secret Keys to CUNY Exam Success:**

- Time is Your Greatest Enemy
- Guessing is Not Guesswork
- Practice Smarter, Not Harder
- Prepare, Don't Procrastinate
- Test Yourself

**A comprehensive Analytical Reading/Reading Skills review including:**

- Determining the Relationships
- Making Strategic Eliminations
- Recognizing Switchback Words
- Understanding Word Types
- Finding the Right Opportunities
- When Truth Doesn't Equal Correctness
- Avoiding the Trap of Familiarity
- Making Logic Work for You
- Skimming Techniques to Save Time

**A comprehensive Writing review including:**

- Approaching a Topic
- Brainstorming for Success
- Picking a Main Idea
- Starting Your Engines
- Strength Through Diversity
- Weeding Your Garden
- Creating a Logical Flow
- Avoiding the Panic
- Checking Your Work

**A comprehensive Analyzing and Integrating Material from Graphs and Text (only for CUNY Proficiency Exam) review including:**

- Strategic Choice Elimination
- Using Similarities for Success
- Experimental Explanations
- How to Avoid Technicalities
- Maintaining the Pace
- Understanding the Flaws
- Making Bizarre Decisions
- Knowing for Certain
- Deciphering Variables

**A comprehensive Mathematics Skills (only for CUNY/ACT Basic Skills Exam) review including:**

- The Easiest Math Review You'll Ever Read
- Solving for Variables
- Breezing Through Word Problems
- Keeping Probability Simple
- Using the Right Formulas
- Graphing for Success
- Racing Through Ratios
- Understanding Line Plotting
- Mastering Difficult Problems

plus other special tips and secrets to help you prepare for your exam...

This comprehensive package is available to you at the incredibly low price of $29.95.

## Receive the Following Bonuses

Since I know it's 100% to your benefit to use our study guide, I want to sweeten the pot and give you every possible reason to say YES! With your order, you'll also receive the following:

 **Bonus One**

*Contact Information for Major Universities and Colleges-* Since applying to colleges requires sending off for application materials, submitting form after form, and placing follow-up phone calls we make it easier for you by providing an easy to use list of addresses, phone numbers, and websites.

 **Bonus Two**

*Overcoming Math Fear-* Did you know that some people have an extreme fear of math? This report tells you why this is (you'll be surprise by the reason), and includes numerous tips on what you can do to overcome any latent math fear you may have. Don't let your fear of this subject compromise your test score- if you're an otherwise intelligent person, there's no reason why you should do badly at math. Our report will show you exactly what to do.

 **Bonus Three**

*CUNY Exam Secrets in Action-* Our test experts take on some of the toughest problems on the CUNY test and deconstruct them step-by-step. This is our exclusive advanced method that shows you how to solve each problem at LEAST two or three different ways, depending on your strengths and preferences.

 **Bonus Four**

*Scholarship Report: What No One has the Guts to tell You about Scholarships and Merit Aid-* There is a lot of misinformation floating around about getting scholarships and merit aid. We cut through the confusion and lay out the bare, ugly facts about what you can expect in terms of financial aid to pay for college.

 **Bonus Five**

*Should You Retake Your Test?-* There's a lot of confusion with regards to whether you should retake your test or not. This report shows you how to handle this complex question based on your personal situation.

 **Bonus Six**

*What Your Test Score Can Tell You About Your IQ-* Did you know that standardized tests are structured to give a statistical "picture" just like an IQ test? In this report, we explain in easy-to-understand language how you can take your percentile score and convert that to your "test IQ"- you'll know exactly what your IQ is relative to other taking the test using our simple table- we've done all the complicated math, you just look it up.

 **Bonus Seven**

*How to Overcome Test Anxiety-* Do you get really nervous before important tests? If so, you could be suffering from a mild form of what's known as "test anxiety." This report gives you important research into test anxiety, including our exclusive tips on how to make your test-taking experience as stress-free as possible while maximizing your score.

 **Bonus Eight**

**Special Bonus for CUNY Exam Secrets Customers:**

***Undergraduate School Secrets-*** If your upcoming undergraduate school program is a concern for you, then we'd like to also give you a copy of ***Undergraduate School Secrets***, an easy-to-use guide that goes into detail about everything you need to know about undergraduate school and is guaranteed to help you get accepted and be successful in your future career. Here is some of what is included:

- How to "frame" your individual situation so you look best in front of an undergraduate school admissions officer

- Discover the most important techniques you should use to select the right undergraduate school and guarantee that you get in

- Use our "Big Picture" overview of the entire undergraduate school admission process to formulate an intelligent strategy for your situation

- Which undergraduate school admission activities yield the most bang for the buck

- What the most common mistakes most potential undergraduate school applicants make- and how you can avoid falling for these easy traps

- A complete master plan that ties all of the expert advice together, so you can start using these techniques TODAY to get into the undergraduate school of your choice

***Undergraduate School Secrets*** is written by a team of undergraduate students and admissions experts, who know what is required to get into undergraduate school and then be successful. ***Undergraduate School Secrets*** normally retails for $29.95, but is here available completely free along with your regular purchase of a copy of ***CUNY Exam Secrets***.

##  Bonus Nine

### LIFETIME VALUE FREE BONUS

**LIFETIME Free Upgrades And Product Replacement-** at Morrison Media, we're continually updating and improving our product to reflect the current version of the test. As a Morrison Media customer, you are entitled to free, lifetime updates of your product.

If there is ever a change to the test, or you would just like to get the latest copy (or even if you've lost your copy!) just send us an email and we'll cheerfully send you the latest version of the product via email, for free!

By the way, these bonuses are yours to keep even in the unlikely event you decide to take advantage of our ironclad money-back guarantee:

### You can't lose with our 100%, ironclad, moneyback guarantee

I insist that you order ***CUNY Exam Secrets*** entirely at my risk. That's why it comes with a Risk-Free, 1-year 100% Money-Back Guarantee. There's absolutely NO RISK on your part. Why am I going to such great lengths?

Even though I am absolutely confident in the quality of our study manual and its ability to help you get the results you deserve, I want to completely eliminate any remaining doubts or concerns.

So go ahead and order your copy of ***CUNY Exam Secrets*** today. Read it, use it, and profit from it. If you use any one of our secrets, and somehow fail to recoup your small investment in the form of the test result you want - send me an email at support@morrisonmedia.com, and you get an immediate 100% refund of your purchase price.

Now let me take this guarantee one step further. If you don't like this exclusive book for ANY reason you can return it for an immediate 100% refund of your purchase price. And remember, this is a 1 year guarantee. You're free to return it at any time, for any reason, up to one year after your purchase- no hassle, no questions asked.

I understand that it may be hard for you to believe that this sort of information really exists- something that is unconditionally guaranteed to work or your money back, and is being offered at such a low price. If you don't mind, let me speak from the heart and I'll let you in on one of my main motivations:

**I'm sick and tired of good people losing opportunities because of a test score.**

A good test score opens doors- and when a door doesn't open, dreams and ambitions die, and I think that's a horrible thing.

If you think there's even the smallest chance that this material will help you, you owe it to yourself to try out my product. Don't let fear or doubt stand in the way of what could be your best opportunity to achieve the test score you need to fulfill the dream you deserve.

What I'm saying is, <u>don't decide now if this product is for you</u>. Just get it and try it out. If it doesn't do everything I say and more, if you don't save time, money, and frustration, if it isn't what you thought it was, if it doesn't work for you, you have nothing to worry about because you can get every dime of your money back under our no-loopholes guarantee. So you have nothing to lose and everything to gain.

### Get the *CUNY Exam Secrets* Study Guide
### Here's how to order right now!

***CUNY Exam Secrets*** can be ordered directly from this site. Your copy will typically ship within one business day from our shipping facility.

Or, if you prefer, you can order your study guide as an instantly downloadable ebook. It doesn't require any special software- if you can read this web page, and have access to a computer, you have all you need to start using and applying ***CUNY Exam Secrets*** in just five minutes. You don't have to wait for anything to come in the mail. Download ***CUNY Exam Secrets*** to your computer immediately!

Both versions are the same price and contain the same information- if you need instant access and are comfortable with ebooks, order the ebook. If you prefer a physical book and can wait for the product to arrive in the mail, order the printed book.

**It's easy to order your copy of *CUNY Exam Secrets*. Just click one of the links below.**



| Click here to order a Printed Book | Click here to order an Instant Download Ebook |
|---|---|
| **CUNY/ACT Basic Skills Exam Secrets (printed book)** | **CUNY/ACT Basic Skills Exam Secrets (instant download ebook)** |
| **CUNY Proficiency Exam Secrets (printed book)** | **CUNY Proficiency Exam Secrets (instant download ebook)** |

If you have a problem ordering via our secure server, please send an email to support@morrisonmedia.com and we will be sure to get it working for you.

If you would like to order through the mail, <u>click here to order CUNY Exam Secrets study guide by</u>

check or money order.

To your success,

*Peter*

Peter Morrison
President, Morrison Media LLC

P.S.- Click here only if you've decided NOT to order.