UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Testing Technologies, Inc. and MG Prep, Inc.

                        Plaintiff,

    -against-                                  07   CIVIL  7360   ( WHP)

Mo Media LLC, Paul Owens and John Does 1-10

                        Defendant.
------------------------------------------------------------x

# NOTICE  OF  CHANGE  OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  Thomas M. Furth

☐     *Attorney*

      ☑     I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
            TF 0785

      ☐     I am a Pro Hac Vice attorney

      ☐     I am a Government Agency attorney

☐     *Law Firm/Government Agency Association*

      From:  Jordan & Hamburg LLP

      To:  Kudman Trachten Aloe LLP

      ☑     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑     *Address:*     350 Fifth Avenue, Suite 4400, New York, NY 10118

☑     *Telephone Number:*     (212) 868-1010

☑     *Fax Number:*     (212) 868-0013

☑     *E-Mail Address:*     tfurth@kudmanlaw.com

Dated:  February 13, 2008