UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TESTING TECHNOLOGIES, INC., and MG PREP, INC. <br><br> Plaintiffs, <br><br> v. <br><br> MO MEDIA, LLC, PAUL OWENS, and JOHN DOES 1-10, <br><br> Defendants. | ECF <br><br> 07 CV 7360 (WHP) |

### DEFENDANT PAUL OWENS' NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, OR ALTERNATIVELY TO TRANSFER VENUE

**PLEASE TAKE NOTICE THAT** Defendant Paul Owens, by his undersigned attorneys Cowan, DeBaets, Abrahams & Sheppard LLP, hereby move before the Honorable William H. Pauley, III, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, to dismiss this action for lack of personal jurisdiction, improper venue pursuant to Federal Rule of Civil Procedure 12(b)(2) and (3) or alternatively, for an Order transferring this action to the United States District Court for the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a).

In support of these motions, defendant Owens will rely upon the accompanying Memorandum of Law and Declaration of Paul Owens dated February 14, 2008.

                                                      Respectfully submitted,

Dated: February 14, 2008              COWAN, DEBAETS, ABRAHAMS
      New York, New York                   & SHEPPARD LLP

                                         By: ___/s/ Al J. Daniel, Jr._____
                                             Toby M.J. Butterfield (TB 8859)
                                             Al J. Daniel, Jr. (AD 9333)
                                             Mason A. Weisz (MW 5954)
                                    41 Madison Avenue, 34th Floor
                                    New York, New York 10010
                                    Tel: (212) 974-7474

                                    ROEBUCK & THOMAS, PLLC
                                    Jeffrey T. Roebuck
                                    TBA # 24027812
                                    2470 N. 11th Street
                                    Beaumont, Texas 77703
                                    409/892-8227
                                    409/892-8318 (Fax)

                                    Attorneys for Defendant Paul Owens


TO:    John Selinger, Esq.
        Zeccola & Selinger, LLC
        45 Webster Avenue
        Goshen, New York 10924
        *Attorneys for Plaintiff Testing Technologies, Inc.*

        Thomas M. Furth, Esq.
        Kudman Trachten Aloe LLP
        350 Fifth Avenue, Suite 4400
        New York, New York 10118
        *Attorneys for Plaintiff MG Prep, Inc.*