UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TESTING TECHNOLOGIES, INC. et. al.,          :

                                   Plaintiff,          :          07 Civ. 7360 (WHP)

                    -against-                          :          SCHEDULING ORDER No. 2

MO MEDIAL LLC et. al.,                      :

                                   Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

         Defendant Paul Owen having filed and served a motion to dismiss on February

15, 2008 and Plaintiffs having filed their opposition to the motion on February 25, 2008, the

following schedule is established:

      (1)   Defendant Paul Owen shall file and serve any reply by March 5, 2008; and

      (2)   This Court will hear oral argument on Defendants' motions to dismiss on March 14, 2008 at 11:00 a.m.

Dated:    February 25, 2008
          New York, New York

                     SO ORDERED:

                           WILLIAM H. PAULEY III
                              U.S.D.J.