UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

TESTING TECHNOLOGIES INC. and       :   ECF CASE
MG PREP, INC.,                    :
                                  :
             Plaintiffs,      :   07 Civ. 7360 (WHP)
                                  :
   -against-                 :
                                  :
MO MEDIA, LLC, PAUL OWENS, and    :
JOHN DOES 1-10,               :
                                  :
            Defendants.
------------------------------------------------------------------x

**REPLY DECLARATION OF AL J. DANIEL, JR. IN SUPPORT OF
DEFENDANT PAUL OWENS' MOTION TO DISMISS OR TRANSFER**

# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
TESTING TECHNOLOGIES, INC.      )
and                             )
MG PREP, INC.                   )
                                )
        Plaintiffs              )   CASE NUMBER
                                )   07 CIV 7360 (CLB)
VS.                             )
                                )   FIRST AMENDED COMPLAINT
MO MEDIA LLC, PAUL OWENS AND    )
JOHN DOES 1-10,                 )
                                )
        Defendants.             )
```

**********************************************************

CONFIDENTIAL ORAL DEPOSITION OF

PAUL THOMAS OWENS

February 28, 2008

Volume I of II

**********************************************************


     ORAL DEPOSITION OF PAUL THOMAS OWENS, produced as a

witness at the instance of the PLAINTIFFS, and duly sworn, was

taken in the above-styled and numbered cause on the 28th day of

February, 2008, from 11:06 a.m. to 3:24 p.m., before Sarah K.

Moreland, CSR in and for the State of Texas, reported by

machine shorthand, at the law offices of Roebuck & Thomas,

2470 North Eleventh Street, Beaumont, Texas, pursuant to the

Federal Rules and the provisions stated on the record or

attached hereto.

bb73f552-22e2-4704-9eed-66acfb6e61e2

```
 1                      APPEARANCES

 2


 3    FOR THE PLAINTIFFS:
           Mr. Michael R. Walzel
 4         The Walzel Law Firm
           5825 Phelan Boulevard, Suite 105
 5         Beaumont, Texas 77706

 6


 7    FOR THE DEFENDANTS:
           Mr. Jeffrey Thomas Roebuck
 8         Roebuck & Thomas
           2470 North Eleventh Street
 9         Beaumont, Texas 77703-4602

10


11    REPORTED BY:
           Sarah K. Moreland, CSR
12         Jan Girouard & Associates
           550 Fannin, Suite 108
13         Beaumont, Texas 77701

14


15    ALSO PRESENT:
           Mr. Peter Morrison

16

17

18

19

20

21

22

23

24

25
```

bb73f552-22e2-4704-9eed-66acfb6e61e2

Page 3

1                              INDEX
                                                        PAGE
2

Appearances...................................... 2
3

Stipulations..................................... 4
4

PAUL THOMAS OWENS
5      Examination by Mr. Walzel..................... 4

6  Signature and Changes............................ 64

7  Reporter's Certificate........................... 66

8

9                            EXHIBITS
   NO.   DESCRIPTION                                PAGE
10

1      Protective Order........................... 4
11  2      National Arbitration Forum Decision........ 23

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JAN GIROUARD & ASSOCIATES    409.832.2721

bb73f552-22e2-4704-9eed-66acfb6e61e2

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

TESTING TECHNOLOGIES INC.      )
and                            )
MG PREP, INC.,                 )
                               )
        Plaintiffs,            )
                               )  ECF CASE
   -against-                   )  07 Civ. 7360 (WHP)
                               )
MO MEDIA LLC, PAUL OWENS,      )
and JOHN DOES 1-10,            )
                               )
        Defendants.            )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

PAUL THOMAS OWENS

February 28, 2008

Volume II of II

(ATTORNEY'S EYES ONLY PORTION)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    ORAL DEPOSITION OF PAUL THOMAS OWENS, produced as a

witness at the instance of the PLAINTIFFS, and duly sworn, was

taken in the above-styled and numbered cause on the 28th day of

February, 2008, from 11:06 a.m. to 3:24 p.m., before Sarah K.

Moreland, CSR in and for the State of Texas, reported by

machine shorthand, at the law offices of Roebuck & Thomas,

2470 North 11th Street, Beaumont, Texas, pursuant to the

Federal Rules and the provisions stated on the record or

attached hereto.

0c49a378-32a5-474d-a6b3-dcaafb0e7888

Page 2

1                          APPEARANCES

2

3      FOR THE PLAINTIFFS:
            Mr. Michael R. Walzel
4           The Walzel Law Firm
            5825 Phelan Boulevard, Suite 105
5           Beaumont, Texas 77706

6

7      FOR THE DEFENDANTS:
            Mr. Jeffrey Thomas Roebuck
8           Roebuck & Thomas
            2470 North 11th St
9           Beaumont, TX, 77703-4602

10

11     REPORTED BY:
            Sarah K. Moreland, CSR
12          Jan Girouard & Associates
            550 Fannin, Suite 108
13          Beaumont, Texas 77701

14

15     ALSO PRESENT:
            Mr. Peter Morrison

16

17

18

19

20

21

22

23

24

25

         JAN GIROUARD & ASSOCIATES    409.832.2721

0c49a378-32a5-474d-a6b3-dcaafb0e7888

Page 3

1                        INDEX

                                        PAGE
2

Appearances..................................... 2
3

Stipulations.................................... 4
4

PAUL THOMAS OWENS
5      Examination by Mr. Walzel..................... 4

6  Signature and Changes........................... 41

7  Reporter's Certificate.......................... 43

8

9                      EXHIBITS
   NO.   DESCRIPTION                          PAGE
10

   1     Protective Order.................... Vol. 1, 4
11 2     National Arbitration Forum
               Decision.................... Vol. 1, 23
12

13

14

15

16

17

18

19

20

21

22

23

24

25

        JAN GIROUARD & ASSOCIATES   409.832.2721

0c49a378-32a5-474d-a6b3-dcaafb0e7888

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TESTING TECHNOLOGIES, INC.      )
and                             )
MG PREP, INC.                   )
                                )
        Plaintiffs,             )  CASE NUMBER
                                )  07 CIV 7360 (CLB)
VS.                             )
                                )  FIRST AMENDED COMPLAINT
MO MEDIA LLC, PAUL OWENS AND    )
JOHN DOES 1-10,                 )
                                )
        Defendants.             )


    **********************************************************

                CONFIDENTIAL ORAL DEPOSITION OF

                    PETER ISRAEL MORRISON

                     February 28, 2008

                      Volume I of II

    **********************************************************


    ORAL DEPOSITION OF PETER ISRAEL MORRISON, produced as a

witness at the instance of the PLAINTIFFS, and duly sworn, was

taken in the above-styled and numbered cause on the 28th day of

February, 2008, from 3:32 p.m. to 5:16 p.m., before Sarah K.

Moreland, CSR in and for the State of Texas, reported by

machine shorthand, at the law offices of Roebuck & Thomas,

2470 North Eleventh Street, Beaumont, Texas, pursuant to the

Federal Rules and the provisions stated on the record or

attached hereto.

JAN GIROUARD & ASSOCIATES    409.832.2721

302d16c6-3d7f-4499-9d1b-5ac82effba93

Page 2

1                              APPEARANCES

2

    FOR THE PLAINTIFFS:
3            Mr. Michael R. Walzel
             The Walzel Law Firm
4            5825 Phelan Boulevard, Suite 105
             Beaumont, Texas 77706
5

6

    FOR THE DEFENDANTS:
7            Mr. Jeffrey Thomas Roebuck
             Roebuck & Thomas
8            2470 North Eleventh Street
             Beaumont, Texas 77703-4602
9

10

    REPORTED BY:
11           Sarah K. Moreland, CSR
             Jan Girouard & Associates
12           550 Fannin, Suite 108
             Beaumont, Texas 77701
13

14

    ALSO PRESENT:
15           Mr. Paul Owens

16

17

18

19

20

21

22

23

24

25

          JAN GIROUARD & ASSOCIATES    409.832.2721

302d16c6-3d7f-4499-9d1b-5ac82effba93

```
                                                    Page 3
 1                             INDEX
                                                    PAGE
 2

    Appearances.................................... 2
 3

    Stipulations.................................... 4
 4

    PETER ISRAEL MORRISON
 5      Examination by Mr. Walzel..................... 4

 6  Signature and Changes........................... 37

 7  Reporter's Certificate.......................... 39

 8

 9                            EXHIBITS
    NO.   DESCRIPTION                              PAGE
10

    1      Protective Order.......................... 4
11  2      National Arbitration Forum Decision........ 4
    3      GMAT Secrets Study Guide........... Vol. 2, 18
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

JAN GIROUARD & ASSOCIATES    409.832.2721

302d16c6-3d7f-4499-9d1b-5ac82effba93

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
TESTING TECHNOLOGIES INC.      )
and                            )
MG PREP, INC.,                 )
                               )
        Plaintiffs,            )   ECF CASE
                               )   07 Civ. 7360 (WHP)
    -against-                  )
                               )
MO MEDIA LLC, PAUL OWENS,      )
and JOHN DOES 1-10,            )
                               )
        Defendants.            )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

PETER ISRAEL MORRISON

February 28, 2008

Volume I of II

(Attorney's Eyes Only Portion)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF PETER ISRAEL MORRISON, produced as a

witness at the instance of the PLAINTIFFS, and duly sworn, was

taken in the above-styled and numbered cause on the 28th day of

February, 2008, from 3:32 p.m. to 5:16 p.m., before Sarah K.

Moreland, CSR in and for the State of Texas, reported by

machine shorthand, at the law offices of Roebuck & Thomas,

2470 North Eleventh Street, Beaumont, Texas, pursuant to the

Federal Rules and the provisions stated on the record or

attached hereto.

JAN GIROUARD & ASSOCIATES    409.832.2721

52a16973-68f3-487f-9d99-92ed7f75125c

1                          APPEARANCES

2

3     FOR THE PLAINTIFFS:
           Mr. Michael R. Walzel
4          The Walzel Law Firm
           5825 Phelan Boulevard, Suite 105
5          Beaumont, Texas 77706

6

7     FOR THE DEFENDANTS:
           Mr. Jeffrey Thomas Roebuck
8          Roebuck & Thomas
           2470 North Eleventh Street
9          Beaumont, Texas 77703-4602

10

11    REPORTED BY:
           Sarah K. Moreland, CSR
12         Jan Girouard & Associates
           550 Fannin, Suite 108
13         Beaumont, Texas 77701

14

15    ALSO PRESENT:
           Mr. Paul Owens

16

17

18

19

20

21

22

23

24

25

52a16973-68f3-487f-9d99-92ed7f75125c

Page 3

1                              INDEX
                                                        PAGE
2

    Appearances...................................... 2
3

    Stipulations..................................... 4
4

    PETER ISRAEL MORRISON
5        Examination by Mr. Walzel.................... 4

6   Signature and Changes............................ 42

7   Reporter's Certificate........................... 44

8

9                             EXHIBITS
    NO.   DESCRIPTION                                PAGE
10

    1      Protective Order.................... Vol. 1, 4
11  2      National Arbitration Forum Decision. Vol. 1, 4
    3      GMAT Secrets Study Guide.................. 18
12

13

14

15

16

17

18

19

20

21

22

23

24

25

52a16973-68f3-487f-9d99-92ed7f75125c