```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
TESTING TECHNOLOGIES, INC. et. al.,    :

                Plaintiff,             :     07 Civ. 7360 (WHP)

        -against-                      :     SCHEDULING ORDER No. 3

MO MEDIAL LLC et. al.,                 :

                Defendant.             :
------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties have submitted a joint letter regarding a discovery dispute, this Court will hold a discovery conference on April 25, 2008 at 10:00 a.m.

Dated:    April 14, 2008
           New York, New York

                      SO ORDERED:

                      _____
                      WILLIAM H. PAULEY III
                           U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

*Counsel of Record*:

John Scott Selinger, Esq.
Zeccola & Selinger, LLC
45 Webster Avenue
Goshen, NY 10924

Thomas M. Furth, Esq.
Kudman Trachten Aloe LLP
350 Fifth Avenue
Suite 4400
New York, NY 10118
*Counsel for Plaintiffs*

Jeffrey T. Roebuck, Esq.
Roebuck & Thomas, P.L.L.C.
2470 N. 11th Street
Beaumont, TX 77703

Kenneth G. Walsh, Esq.
Kirby McInerney LLP
830 Third Avenue
10th Floor
New York, NY 10022
*Counsel for Defendants*