**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TESTING TECHNOLOGIES INC. and MG PREP, INC., | ) ) ) **Case No. 07 Civ. 7360 (WHP)** |
| Plaintiffs, | ) ) |
| -against- | ) **NOTICE OF APPEARANCE** ) |
| MO MEDIA, LLC, PAUL OWENS, and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendants Mo Media, LLC and Paul Owens and certifies that he is admitted to practice in this Court.

Dated:   New York, New York
         April 21, 2008

                    COWAN, DEBAETS, ABRAHAMS &
                         SHEPPARD LLP

            By:      /s/ Mason A. Weisz
                    Mason A. Weisz
                 41 Madison Avenue, 34th Floor
                 New York, New York 10010
                 Telephone:  (212) 974-7474
                 Telecopier:  (212) 974-8474

                 *Attorneys for Defendants*