**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TESTING TECHNOLOGIES INC. and MG PREP, INC., | ) ) ) **Case No. 07 Civ. 7360 (WHP)** |
| Plaintiffs, | ) ) |
| -against- | ) **NOTICE OF APPEARANCE** ) |
| MO MEDIA, LLC, PAUL OWENS, and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendant Paul Owens (in addition to Mo Media, LLC, for which he has already appeared) and certifies that he is admitted to practice in this Court.

Dated:   New York, New York
             April 22, 2008

                                        COWAN, DEBAETS, ABRAHAMS &
                                              SHEPPARD LLP


                                        By:       /s/ Toby M. J. Butterfield
                                                Toby M.J. Butterfield
                                        41 Madison Avenue, 34th Floor
                                        New York, New York 10010
                                        Telephone:  (212) 974-7474
                                        Telecopier:  (212) 974-8474

                                        *Attorneys for Defendants*

{A061871.DOC\1}