UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TESTING TECHNOLOGIES INC. and MG PREP, INC., | ) ) ) **Case No. 07 Civ. 7360 (WHP)** |
| Plaintiffs, | ) ) |
| -against- | ) **NOTICE OF APPEARANCE** ) |
| MO MEDIA, LLC, PAUL OWENS, and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE THAT** the undersigned hereby enters an appearance as counsel for defendant Mo Media, LLC (in addition to Paul Owens, for whom he has already appeared) and certifies that he is admitted to practice in this Court.

Dated:   New York, New York
         April 22, 2008

                              COWAN, DEBAETS, ABRAHAMS &
                                 SHEPPARD LLP

                              By: _____/s/ Al J. Daniel, Jr._____
                                   Al J. Daniel, Jr.
                              41 Madison Avenue, 34th Floor
                              New York, New York 10010
                              Telephone:  (212) 974-7474
                              Telecopier:  (212) 974-8474

                              *Attorneys for Defendants*