UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TESTING TECHNOLOGIES INC. and
MG PREP, INC.,

                    Plaintiffs,

    -against-

MO MEDIA, LLC, PAUL OWENS, and
JOHN DOES 1-10,

                    Defendants.
----------------------------------------x

ECF CASE

07 Civ. 7360 (WHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

By their undersigned attorneys, Plaintiffs Testing Technologies, Inc. and MG Prep, Inc. and defendants Mo Media LLC and Paul Owens (the "Parties") hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that all claims herein be, and hereby are, voluntarily dismissed with prejudice. Each party hereto shall bear its own costs and fees.

Dated: April 29, 2008

_____
Robert Nathan Isseks, Esq.
6 North Street
Middletown, NY 10940
*Counsel for Plaintiff Testing Technologies, Inc.*

KUDMAN TRACHTEN ALOE LLP

By: _____
Thomas M. Furth, Esq.
350 Fifth Avenue, Suite 4400
New York, New York 10118
(212) 868-1010
*Counsel for Plaintiff MG Prep, Inc.*
//
//

The Clerk of the Court shall terminate all pending motions and close the case.

SO ORDERED:

_____
WILLIAM H. PAULEY III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TESTING TECHNOLOGIES INC. and : ECF CASE
MG PREP, INC., :
:
                              Plaintiffs, : 07 Civ. 7360 (WHP)
:
  -against- :
:
MO MEDIA, LLC, PAUL OWENS, and :
JOHN DOES 1-10, :
:
                              Defendants. :
:
------------------------------------------------------------x

By their undersigned attorneys, Plaintiffs Testing Technologies, Inc. and MG Prep, Inc. and defendants Mo Media LLC and Paul Owens (the "Parties") hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), that all claims herein be, and hereby are, voluntarily dismissed with prejudice. Each party hereto shall bear its own costs and fees.

Dated: April 29, 2008

_____
Robert Nathan Isseks, Esq.
6 North Street
Middletown, NY 10940
*Counsel for Plaintiff Testing Technologies, Inc.*

KUDMAN TRACHTEN ALOE LLP

By: _____
    Thomas M. Furth, Esq.
    350 Fifth Avenue, Suite 4400
    New York, New York 10118
    (212) 868-1010
*Counsel for Plaintiff MG Prep, Inc.*
//
//

COWAN, DeBAETS, ABRAHAMS &
SHEPPARD LLP

By: _____
Toby Butterfield, Esq.
Al J. Daniel, Esq.
Mason A. Weisz, Esq.
41 Madison Avenue, 34th Fl.
New York, New York 10010
(212) 974-7474
*Counsel for Defendants Mo Media LLC and Paul Owens*


**SO ORDERED.**


Dated: _____        _____
                                   UNITED STATES DISTRICT COURT JUDGE

- 2 -

COWAN, DeBAETS, ABRAHAMS &
    SHEPPARD LLP

By: _____
    Toby Butterfield, Esq.
    Al J. Daniel, Esq.
    Mason A. Weisz, Esq.
    41 Madison Avenue, 34th Fl.
    New York, New York 10010
    (212) 974-7474
*Counsel for Defendants Mo Media LLC and Paul Owens*


**SO ORDERED.**


Dated: _____        _____
                                    UNITED STATES DISTRICT COURT JUDGE